

Document Details

| Deed Number | Book/Page | Index Type | Kind | Description (Not Warranted) | Date Received | Images | Amount |
|---|---|---|---|---|---|---|---|
| 2022-00000215 | | DEEDS | DEED | | 02/11/2022 8:55:44 AM | 6 pages | |

| Returned To | Address | Address (2) | City | State | ZIP |
|---|---|---|---|---|---|
| CSC - ERECORDING | | | | | |

| GRANTORS | Address | Address (2) | City | State | ZIP | GRANTEES | Address | Address (2) | City | State | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MARGARET M LEONE | 680 STATE HIGHWAY 220 | | MCDONOUGH | NY | 13801 | JONATHAN REES | | | | | |
| MARGARET M LEONE-SMITH | | | | | | JONATHAN REES TRUST | | | | | |
| MARGARET M LEONE SMITH | | | | | | | | | | | |

**Property Information**

**GPIN:** 178.000-01-015.100
SMITHVILLE
Address: 680-682 STATE HIGHWAY 220 MCDONOUGH, NEW YORK 13801

© 2007 - 2023 Cott Systems, Inc.
Version 1.7.23.18