```
STATE OF NEW YORK                           2 0 2 3   F I N A L   A S S E S S M E N T   R O L L                            PAGE    96
COUNTY - Chenango                        T A X A B L E  SECTION OF THE ROLL - 1                    VALUATION DATE-JUL 01, 2022
TOWN   - Smithville                                   OWNERS NAME SEQUENCE                         TAXABLE STATUS DATE-MAR 01, 2023
SWIS   - 085800                          UNIFORM PERCENT OF VALUE IS 050.00
```

```
TAX MAP PARCEL NUMBER         PROPERTY LOCATION & CLASS  ASSESSMENT  EXEMPTION CODE-----------------COUNTY-------TOWN------SCHOOL
CURRENT OWNERS NAME           SCHOOL DISTRICT            LAND        TAX DESCRIPTION               TAXABLE VALUE
CURRENT OWNERS ADDRESS        PARCEL SIZE/GRID COORD     TOTAL       SPECIAL DISTRICTS                                     ACCOUNT NO.
*************************************************************************************************** 178.-1-15.1 ****************
                              680-682 State Hwy 220                                                                        2010463
178.-1-15.1                   281 Multiple res                       AG CEIL CO 41720         1,683      1,683       1,683
Jonathan Rees Trust           Greene Central    083001   132,019     COUNTY   TAXABLE VALUE    225,736
Rees (Trustee) Jonathan       ACRES  218.62              227,419     TOWN     TAXABLE VALUE    225,736
680 State Hwy 220             EAST-1037498 NRTH-0888011              SCHOOL   TAXABLE VALUE    225,736
McDonough, NY 13801           DEED BOOK 2022   PG-215                AG01A Ag District 1A            .00 MT
                              FULL MARKET VALUE          454,838     FD006 Smithville flat fire  227,419 TO M
MAY BE SUBJECT TO PAYMENT                                            RD001 Refuse district 1     227,419 TO M
UNDER AGDIST LAW TIL 2027
*************************************************************************************************** 204.-1-4 *******************
                              1244 County Rd 3                                                                             2010359
204.-1-4                      270 Mfg housing                        COUNTY   TAXABLE VALUE      8,100
Jones Vicki L                 Greene Central    083001     7,500     TOWN     TAXABLE VALUE      8,100
1244 Co Rd 3                  ACRES    3.02                8,100     SCHOOL   TAXABLE VALUE      8,100
Greene, NY 13778              EAST-1058436 NRTH-0880004              AG01A Ag District 1A            .00 MT
                              DEED BOOK 20000  PG-8963               FD027 Smithville cntr fire   8,100 TO M
                              FULL MARKET VALUE           16,200     RD001 Refuse district 1       8,100 TO M
*************************************************************************************************** 192.-1-13 ******************
                              1100 Stone Quarry Rd                                                                         2010550
192.-1-13                     210 1 Family Res                       VETWAR CTS 41120         3,240      6,000       3,240
Jorgensen Neal                Oxford Central    084601     7,000     BAS STAR   41854             0          0      16,200
Jorgensen Michelle            L/c B740 P48                40,000     COUNTY   TAXABLE VALUE     36,760
1100 Stone Quarry Hill Rd     ACRES    4.11                          TOWN     TAXABLE VALUE     34,000
Oxford, NY 13830              EAST-1061121 NRTH-0886143              SCHOOL   TAXABLE VALUE     20,560
                              DEED BOOK 804    PG-408                FD023 Oxford fire           40,000 TO M
                              FULL MARKET VALUE           80,000     RD001 Refuse district 1     40,000 TO M
*************************************************************************************************** 181.-1-17 ******************
                              148 Joscelyn Rd                                                                              2010239
181.-1-17                     120 Field crops                        AG CEIL CO 41720         7,262      7,262       7,262
Joscelyn Esther L             Oxford Central    084601    23,780     BAS STAR   41854             0          0      16,200
Joscelyn Edward J             ACRES   32.00               69,030     COUNTY   TAXABLE VALUE     61,768
148 Joscelyn Rd               EAST-1064537 NRTH-0891985              TOWN     TAXABLE VALUE     61,768
Oxford, NY 13830              DEED BOOK 2012   PG-366                SCHOOL   TAXABLE VALUE     45,568
                              FULL MARKET VALUE          138,060     AG01A Ag District 1A            .00 MT
MAY BE SUBJECT TO PAYMENT                                            FD023 Oxford fire           69,030 TO M
UNDER AGDIST LAW TIL 2027                                            RD001 Refuse district 1     69,030 TO M
*************************************************************************************************** 193.-1-11.1 ****************
                              124 N Tyner Rd                                                                               2010388
193.-1-11.1                   112 Dairy farm                         AG CEIL CO 41720         8,882      8,882       8,882
Joscelyn Ross E               Oxford Central    084601    30,500     COUNTY   TAXABLE VALUE     91,618
118 North Tyner Rd            ACRES   43.78              100,500     TOWN     TAXABLE VALUE     91,618
Oxford, NY 13830              EAST-1068833 NRTH-0887876              SCHOOL   TAXABLE VALUE     91,618
                              DEED BOOK 2012   PG-367                AG01A Ag District 1A            .00 MT
MAY BE SUBJECT TO PAYMENT     FULL MARKET VALUE          201,000     FD023 Oxford fire          100,500 TO M
UNDER AGDIST LAW TIL 2027                                            RD001 Refuse district 1    100,500 TO M
***************************************************************************************************************************
```