

# Warranty Deed
*(Individual or Corporation)*

**This Indenture,** made the 9th day of December, 2021,

**Between**

**MARGARET M. LEONE a/k/a MARGARET M. LEONE-SMITH**, currently residing at 680 State Highway 220, McDonough, New York 13801,

party of the first part,

and

**JONATHAN REES, AS TRUSTEE OF THE JONATHAN REES TRUST**, with an address of 680 State Highway 220, McDonough, New York 13801,

party of the second part,

    **WITNESSETH,** that the party of the first part, in consideration of One Dollar ($1.00) lawful money of the United States, and other good and valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

    **ALL** that tract or parcel of land, situate in the situate in the Town of Smithville, County of Chenango and State of New York as more fully described on Schedule "A" attached hereto and made a part hereof.

    Being the same premises conveyed to the Grantor herein Deed from Paul Leone and Margaret Leone dated July 19, 1999 and recorded in the Chenango County Clerk's Office on August 2, 1999 in Book 819 of Deeds at page 122.

    **TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

    **TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

    **AND** the party of the first part covenants as follows:

-1-