RECEIVED
NOV -7 2022
Chenango County
*** For Family Court ***

Do Not Attach anything to this Petition
*Except:* - Continuation pages for any paragraph
- Items specifically required by the Petition form
- Items which the Judge has directed you to provide

#6

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF CHENANGO

In the Matter of

JONATHAN     REES
First Name   MI   Last Name
**Petitioner**

Family File No: ▓▓▓▓
Docket No: ▓▓▓▓▓▓

-against-

▓▓▓▓▓▓   ▓▓▓▓▓▓
First Name   MI   Last Name
**Respondent1***

▓▓▓▓▓▓   ▓▓▓▓▓▓
First Name   MI   Last Name
**Respondent2***

PETITION FOR VIOLATION
OF AN ORDER OF

☐ CUSTODY
☐ VISITATION
☒ ORDER OF PROTECTION
☐ OTHER _____

**WARNING: THE PURPOSE OF THE HEARING REQUESTED IN THIS PETITION MAY INCLUDE A REQUEST TO PUNISH THE RESPONDENT FOR CONTEMPT OF COURT, WHICH MAY INCLUDE SANCTIONS OF A FINE OR IMPRISONMENT OR BOTH.** *YOUR FAILURE TO APPEAR IN COURT MAY RESULT IN YOUR IMMEDIATE ARREST AND IMPRISONMENT FOR CONTEMPT OF COURT.*

THE PETITIONER, BEING DULY SWORN, STATES THAT:

I reside at: 680 STATE HWY 220, McDonough, NY 13801
Street   Apt#   City   State   Zip

Phone: Cell: (310) 435-3333   Home: ( ) _____   Work: ( ) _____

Respondent1 resides at: _____
Street   Apt#   City   State   Zip

Phone: Cell: ( ) _____   Home: ( ) _____   Work: ( ) _____

Respondent2 resides at: _____
Street   Apt#   City   State   Zip

Phone: Cell: ( ) _____   Home: ( ) _____   Work: ( ) _____

1a. Respondent1 is ☐ my spouse; ☐ my former spouse; ☐ my parent; ☐ we have a child(ren) in common; ☒ other: ex-girlfriend

b. Respondent2 is ☐ my spouse; ☐ my former spouse; ☐ my parent; ☐ we have a child(ren) in common; ☐ other: _____

* Both parents must be parties to this proceeding. If Petitioner is not a parent, then both parents must be named as Respondents. If the Petitioner is a parent, then the other parent must be named as a Respondent, in addition to any other person named.