| File#: ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 8-7 (8/2010) | Page 1 of 1 |

F.C.A. §§ 841(a)

At a term of the Family Court of the State of New York, held in and for the County of Chenango at 13 Eaton Avenue, Norwich, NY 13815, on March 3, 2023

**PRESENT**: Hon. Frank B. Revoir Jr.

In the Matter of **an Article 8 Family Offense** Proceeding

File #:
Docket #:

### ORDER OF DISMISSAL - FAMILY OFFENSE

On October 31, 2022, Jonathan Rees filed a petition for Order of Protection and on November 7, 2022, Jonathan Rees filed a petition for Violation of Order of Protection regarding a prior order dated October 31, 2022.

The above matters having duly come on to be heard January 4, 2023 and the Attorneys of record having been given time to respond and submit additional papers in relation to the case as requested and approved by the Court; and

The Court having received a letter dated February 24, 2023 from Benjamin K. Bergman, Esq. making application to withdraw the Petitioner's pending petitions and upon review and approval by the Court, it is hereby:

**ORDERED** that the petitions are **DISMISSED** for the following reason: the Petitioner withdrew the petitions.

**ORDERED** that the petitions are dismissed.

**IT IS FURTHER ORDERED** that the Temporary Order of Protection issued on October 31, 2022, order #▓▓▓▓ ▓▓▓▓ is hereby vacated

Dated: **March 3, 2023**

_____
Hon. Frank B. Revoir Jr.

ENTERED 3/3/23

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Check applicable box:
☑ Order mailed on [specify date(s) and to whom mailed]: cc'd below, 3/3/23

CC: Benjamin K. Bergman, Attorney
▓▓▓▓▓▓▓▓
Jonathan Rees
Richard B. Alderman, Attorney