UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JANE DOE,

        PLAINTIFF,

v.                                            CASE NO. 3:23-CV-1352 (TJM/ML)

JONATHAN REES, AKA
GREG ELLIS, AKA
JONNY REES,

        DEFENDANT.

---

## JOINT STATUS REPORT

Plaintiff Jane Doe, by and through her attorneys, Lindsay Lieberman, LLC and ALM Law, LLC, and Defendant Jonathan Rees, a/k/a Greg Ellis, a/k/a Jonny Rees, by and through his attorneys, Lippes Mathias LLP, pursuant to Text Order dated February 21, 2024 (Dkt. 20), submit the following Joint Status Report.

1. **Status of Discovery**. The parties have exchanged initial discovery demands, including requests for interrogatories, production and admissions. Defendant has provided written responses and objections to Plaintiff's initial discovery demands and is working toward collating the remainder of responsive documents. Plaintiff's responses to Defendant's discovery demands are due on or before April 22, 2024.

2. **Mediation**. The parties have selected Julian Modesti, Esq. to mediate this matter, which is scheduled to proceed virtually on April 24, 2024. Counsel and both parties have both been instructed to appear on April 24, 2024.

DATED: April 19, 2024

        **ATTORNEYS FOR PLAINTIFF**

        */s/ Lindsay Lieberman*
Lindsay Lieberman
Lindsay Lieberman, LLC
P.O. Box 2575
Newport, RI 02840
(401) 314-0219
lindsay@lindsaylieberman.com

        */s/ Allison Mahoney*
Allison Mahoney
ALM Law, LLC
43 West 43rd Street, Suite 309
New York, NY 10036
(970) 315-5152
allison@almlawllc.com

        **ATTORNEYS FOR DEFENDANT**

        *s/ Kirstie A. Means*
Dennis C. Vacco, Esq.
Kirstie A. Means, Esq.
Lippes Mathias LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
(716) 853-5100
dvacco@lippes.com
kmeans@lippes.com