# EXHIBIT 5

**Thursday, May 30, 2024 at 09:22:23 Eastern Daylight Time**

---

| | |
|---|---|
| **Subject:** | Case Management Plan - Doe v. Rees 3:23 CV 1352 (TJM/ML) |
| **Date:** | Monday, February 5, 2024 at 4:39:01 PM Eastern Standard Time |
| **From:** | Lindsay Lieberman |
| **To:** | kmeans@lippes.com, dvacco@lippes.com |
| **CC:** | Allison Mahoney |
| **Attachments:** | 2.5.24 Plaintiff's Proposed CMP Doe v. Rees.pdf |

Good afternoon,

Attached please find our proposed case management plan. Please send us your additions to the plan. We are happy to schedule a call to discuss any issues as well as an ESI protocol.

Thank you,

--
Lindsay Lieberman, Esq.
Attorney and Legal Consultant
Licensed to practice law in RI, NY, and NJ
(401) 314-0219
lindsaylieberman.com

**CONFIDENTIALITY NOTICE:** The information contained in this message and any attachment is confidential and may be subject to the attorney-client privilege, or otherwise protected from disclosure by applicable law. Any disclosure, distribution, copying, or use of the information contained in this message or any attachment by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system.