# EXHIBIT 6

Thursday, May 30, 2024 at 08:10:29 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | RE: Doe v. Rees - Deficiency Letters |
| **Date:** | Tuesday, May 21, 2024 at 8:22:21 PM Eastern Daylight Time |
| **From:** | Kirstie A. Means |
| **To:** | Allison Mahoney |
| **CC:** | Dennis C. Vacco, Scott S. Allen, Jr., Lindsay Lieberman |
| **Attachments:** | image002.png, image469916.png |

Lindsay and Allison:

Since we spoke last Thursday, I've been tied up with a large filing due the following day and preparing for and conducting a deposition that went forward today.  Notwithstanding, Mr. Rees has confirmed corrections to his prior discovery responses are required, and we have attempted to resolve outstanding issues relative to ESI.  Simultaneously, and as I disclosed last Thursday, we continue to work through the issue of moving forward with the need to withdraw our representation, which limits, in certain respects, our ability to address these issues.  We intend to address the issue of moving forward with withdrawing our representation this week, but there is understandably limited information we can reveal in that respect.  Still, and particularly since there are open discovery matters that are and will be implicated by this reality, please let me know if you're available for a call tomorrow (after 2pm ET) or Thursday (after 12pm ET) to discuss further as we prepare to raise this with the Court.

Thanks,
Kirstie


**Kirstie A. Means**
Partner



50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216

ph: 716.853.5100 ext. 1305
kmeans@lippes.com | lippes.com
LinkedIn  //  Twitter  //  Facebook

This email message, including attachments, are confidential and may be protected by the attorney/client or other applicable privileges.  The information is intended to be conveyed only to the designated recipient(s) of the email message.  Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful.  If you are not an intended recipient, please notify the sender immediately, delete the message from your email system, and destroy any other copies in your possession.

---

**From:** Allison Mahoney <allison@almlawllc.com>
**Sent:** Tuesday, May 21, 2024 2:53 PM
**To:** Kirstie A. Means <kmeans@lippes.com>
**Cc:** Dennis C. Vacco <dvacco@lippes.com>; Scott S. Allen, Jr. <sallen@lippes.com>; Lindsay Lieberman <lindsay@lindsaylieberman.com>
**Subject:** Re: Doe v. Rees - Deficiency Letters

Kirstie,

Can you please provide an update (1) on Mr. Rees's response to our deficiency letters and (2) as to whether he will be supplementing his responses to our discovery requests. Also, do we have an agreement on the ESI protocol? If these issues aren't resolved, we are going to seek court intervention this week.

Thank you,
Allison

**From:** Lindsay Lieberman <lindsay@lindsaylieberman.com>
**Date:** Thursday, May 16, 2024 at 11:16 AM
**To:** Allison Mahoney <allison@almlawllc.com>
**Cc:** Kirstie A. Means <kmeans@lippes.com>, Dennis C. Vacco <dvacco@lippes.com>, Scott S. Allen, Jr. <sallen@lippes.com>
**Subject:** Re: Doe v. Rees - Deficiency Letters

Hi Kirstie,

Can you please let us know about when we can expect to hear from you about your motion to withdraw?

Thank you,

On Thu, May 16, 2024 at 8:47 AM Allison Mahoney <allison@almlawllc.com> wrote:

> Sorry, I forgot to attach the document. Here it is.
>
> Thanks again,
> Allison
>
> **From:** Allison Mahoney <allison@almlawllc.com>
> **Date:** Thursday, May 16, 2024 at 8:46 AM
> **To:** Kirstie A. Means <kmeans@lippes.com>
> **Cc:** Dennis C. Vacco <dvacco@lippes.com>, Scott S. Allen, Jr. <sallen@lippes.com>, Lindsay Lieberman <lindsay@lindsaylieberman.com>
> **Subject:** Re: Doe v. Rees - Deficiency Letters
>
> Thanks, Kirstie. We have no objection to your edits to the ESI protocol. Attached is a revised draft. Please let us know if we have your permission to add your signature to the document.
>
> Also, we would like to keep our 10:00 am call today. We understand that you may be limited in what you can discuss.

Best,
Allison

**From:** Kirstie A. Means <kmeans@lippes.com>
**Date:** Wednesday, May 15, 2024 at 5:11 PM
**To:** Allison Mahoney <allison@almlawllc.com>
**Cc:** Dennis C. Vacco <dvacco@lippes.com>, Scott S. Allen, Jr. <sallen@lippes.com>, Lindsay Lieberman <lindsay@lindsaylieberman.com>
**Subject:** RE: Doe v. Rees - Deficiency Letters

Good afternoon:

As indicated by my out of office and my email on May 8th, I was out of the office at the time these letters came in and just returned yesterday. I have had preliminary discussions with our client concerning the same, and he remains in the process of reviewing these letters in detail at this time. I will not be in a position to discuss them substantively by tomorrow morning. If you'd still like to hold the call tomorrow, let me know, but it would seemingly make more sense to briefly push it out; I have general availability next Wednesday and will be in a position to at least narrow the issues by that time via a supplemental production. In the meantime, I have minor edits to the proposed ESI protocol, which I've attached in redline.

Thanks,
Kirstie

**Kirstie A. Means**
Partner



50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216

ph: 716.853.5100 ext. 1305
kmeans@lippes.com | lippes.com
LinkedIn  //  Twitter  //  Facebook

This email message, including attachments, are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the email message. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not an intended recipient, please notify the sender immediately, delete the message from

> your email system, and destroy any other copies in your possession.
>
> **From:** Allison Mahoney <allison@almlawllc.com>
> **Sent:** Friday, May 10, 2024 8:59 AM
> **To:** Kirstie A. Means <kmeans@lippes.com>
> **Cc:** Dennis C. Vacco <dvacco@lippes.com>; Scott S. Allen, Jr. <sallen@lippes.com>; Lindsay Lieberman <lindsay@lindsaylieberman.com>
> **Subject:** Doe v. Rees - Deficiency Letters
>
>
> Counsel,
>
> Attached please find two letters addressing deficiencies in Defendant's responses to Plaintiff's First Request for Production of Documents as well as Plaintiff's Amended First Request for Interrogatories. We look forward to discussing these issues with you in more detail next week.
>
> Thanks,
> Allison
>
> Allison Mahoney, Esq.
> Founder | Managing Attorney
> ALM | Law
> O: (970) 315-5152
> E: allison@almlawllc.com

--
Lindsay Lieberman, Esq.
Attorney and Legal Consultant
Licensed to practice law in RI, NY, and NJ
(401) 314-0219
lindsaylieberman.com

**CONFIDENTIALITY NOTICE:** The information contained in this message and any attachment is confidential and may be subject to the attorney-client privilege, or otherwise protected from disclosure by applicable law. Any disclosure, distribution, copying, or use of the information contained in this message or any attachment by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report

this email as spam.