UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JANE DOE,

        Plaintiff,

    v.

JONATHAN REES, a/k/a GREG ELLIS,
a/k/a JONNY REES,

        Defendant.

Case No.: 3:23-CV-1352 (TJM/ML)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the Declaration of David Labkowski, Esq., dated November 22, 2024, the exhibits annexed thereto, the Declaration of Jane Doe, dated November 21, 2024, and the exhibits annexed thereto, and the accompanying Memorandum of Law, Plaintiff, Jane Doe ("Plaintiff"), will move this Court, at the U.S. Courthouse, 15 Henry Street, Binghamton NY 13901, on December 20, 2024, for an order, pursuant to Fed. R. Civ. P. 55, Fed. R. Civ. P. 37, and Local Rule 55.2, granting Plaintiff a final default judgment against Defendant, and granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to N.D.N.Y. Local Rule 7.1(a)(1), papers in opposition to this motion must be filed on or before December 13, 2024.

Dated:  November 22, 2024
        New York, New York

Respectfully Submitted,

KENNETH CARUSO LAW LLC

By:  /s/ Kenneth A. Caruso
Kenneth A. Caruso
15 W. 72nd Street
New York, NY 10023
(646) 599-4970
ken.caruso@kennethcarusolaw.com

LABKOWSKI LAW, P.A.

1

2

By:   /s/ David Labkowski
David Labkowski
250 95th Street, Unit #547233
Surfside, Florida 33154
(786) 461-1340
david@labkowskilaw.com

*Attorneys for Plaintiff,*
*Jane Doe*

2