UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JANE DOE,

      Plaintiff,

   v.

JONATHAN REES, a/k/a GREG ELLIS,
a/k/a JONNY REES,

      Defendant.

Case No.: 3:23-CV-1352 (TJM/ML)

**DECLARATION OF DAVID LABKOWSKI IN SUPPORT OF MOTION BY PLAINTIFF, JANE DOE, FOR A DEFAULT JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, David Labkowski, declare and state under penalties of perjury that:

1.     I am a member of the Bar of this Court and co-counsel for Plaintiff, Jane Doe ("Plaintiff"), in this case.

2.     I make this Declaration in support of Plaintiff's motion for a default judgment against Defendant, Jonathan Rees, a/k/a Greg Ellis, a/k/a Jonny Rees ("Defendant"), and in compliance with Local Rule 55.2(b).

3.     On October 31, 2023, Plaintiff commenced the present action against Defendant, seeking a judgment for affirmative relief.  ECF 1.

4.     On September 18, 2024, with leave of Court, ECF 65, Plaintiff filed an Amended and Supplemental Complaint ("ASC"), which sought a judgment for affirmative relief.  ECF 64. A copy of the ASC is attached as Exhibit A.

5.     Examination of the court files and records in this action shows that Defendant was served with a copy of the ASC via email, as authorized by the Court, ECF 65, on September 18, 2024.  *See* ECF 69-2.

6.     Defendant failed to answer and/or otherwise defend in this action.

1

7.      On November 4, 2024, Magistrate Judge Lovric authorized Plaintiff to seek a clerk's entry of default, since "the time for Defendant Rees to answer or otherwise respond to plaintiffs amended complaint has expired."  ECF 67.

8.      Thus, on November 5, 2024, Plaintiff requested the clerk's entry of default as to her ASC, ECF 69, which the Clerk granted on November 7, 2024, ECF 70, a copy of which is attached as Exhibit B.

9.      Upon information and belief, Defendant is not an infant or an incompetent person.

10.     On November 12, 2024, I conducted a search on the Servicemembers Civil Relief Act ("SCRA") website to verify whether the Defendant is currently serving in the military. Using the Defendant's name, date of birth, and Social Security number, I obtained a report confirming that the Defendant is not in military service.  A copy of this report is attached as Exhibit C.

11.     On or about August 2, 2024, Mr. Caruso, lead counsel for Plaintiff, served upon Defendant, an Amended Third Request For Admissions, which is attached as Exhibit D.

12.     As stated in Plaintiff's Declaration and the exhibits attached thereto, Plaintiff has incurred $53,186.05 in reasonable attorneys' fees and costs as of October 31, 2024.

13.     Upon reviewing the time management and billing software maintained by Kenneth A. Caruso and myself, it appears that Plaintiff will incur an additional amount, to be determined, in attorneys' fees for the month of November 2024.  Plaintiff's November invoices will be submitted, when available, to the Court to supplement the record on this motion.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge information and belief.

Executed on November 22, 2024

By:  /s/ David Labkowski
Labkowski Law, P.A.
250 95th Street, Unit # 547233

2

Surfside, FL 33154
(786) 461-1340
david@labkowskilaw.com

*Attorneys for Plaintiff,*
*Jane Doe*

3