EXHIBIT B

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON
### PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Jane Doe

vs.

CASE NUMBER: **3:23-CV-1352 (TJM/ML)**

Jonathan Rees also known as Greg Ellis
also known as Jonny Rees

I, JOHN M. DOMURAD, CLERK, by Helen M. Reese, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 7th day of November, 2024 against Jonathan Rees also known as Greg Ellis also known as Jonny Rees.

Dated:     November 7, 2024

Clerk of Court

By: s/ Helen M. Reese

Deputy Clerk