# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN REES, a/k/a GREG ELLIS, <br> a/k/a JONNY REES, <br><br> Defendant. | Case No.: 3:23-CV-1352 (TJM/ML) |

## PLAINTIFF'S AMENDED THIRD REQUEST FOR ADMISSIONS

Plaintiff, Jane Doe (hereinafter "Plaintiff"), hereby requests Defendant, Jonathan Rees, a/k/a Greg Ellis, a/k/a Jonny Rees (hereinafter "Defendant"), pursuant to Fed. R. Civ. P. 36(a), to respond within 30 days to these requests by admitting, for the purposes of this action only, and subject to objections to admissibility at trial:

**Request 4:**  With respect to Defendant's prior response, made on or about April 18, 2024, in Defendant's Response to Plaintiff's First Request for Admissions—specifically, the response, "Admits that Defendant sent an image of Plaintiff to a third Person via electronic mail on October 11, 2022"—admit that Defendant sent that image without the consent of Plaintiff.

**Request 5:**  With respect to Defendant's prior response, made on or about April 18, 2024, in Defendant's Response to Plaintiff's First Request for Admissions—specifically, the response, "Admits that Defendant sent an image of Plaintiff to a third Person via electronic mail on October 11, 2022"—admit that Defendant knew that Plaintiff had not consented to the sending of that image.

1

Dated: New York, NY
       August 2, 2024

KENNETH CARUSO LAW LLC

By:  /s/ Kenneth A. Caruso
Kenneth A. Caruso
15 W. 72nd Street
New York, NY 10022
Phone: (646) 599-4970
Email: ken.caruso@kennethcarusolaw.com

*Attorneys for Plaintiff, Jane Doe*