UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JANE DOE,

              Plaintiff,

     v.

JONATHAN REES, a/k/a GREG ELLIS,
a/k/a JONNY REES,

              Defendant.

Case No.: 3:23-CV-1352 (TJM/ML)

**DECLARATION OF PLAINTIFF, JANE DOE, IN SUPPORT OF MOTION FOR A DEFAULT JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I declare and state under penalties of perjury that:

1.      I am the Plaintiff in this action. By order of the Court, ECF 13, I am proceeding under the name "Jane Doe."

2.      I submit this Declaration in support of my motion for a default judgment against Defendant, Jonathan Rees, a/k/a Greg Ellis, a/k/a Jonny Rees ("Defendant"), to substantiate part of my claims for damages and to present supporting documents to the Court.

3.      As part of the relief sought on my first claim for relief, I am requesting reimbursement of attorneys' fees and costs incurred in connection with this action.

4.      To date, I have incurred $53,186.05 in reasonable attorneys' fees and costs. Copies of the relevant invoices and receipts are attached as Exhibit E.

5.      Upon information and belief, Defendant owned property located at 680 State Highway 220, McDonough, New York 13801 (the "Property"), beginning in 2021.

6.      On December 28, 2023, after I initiated this action, Defendant transferred the Property, for at least $999,999.00, to James and Vivian Driscall. A copy of the deed is attached as Exhibit F.

2

7.    Additionally, Defendant sold "personal property" to those persons "pursuant to a separate bill of sale for $73,000.00." *Id*. at 12.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge information and belief.

Dated:  November __21__ , 2024

_____
                                                       Jane Doe