# EXHIBIT E

The Chase Agency LLC
12 South Main St
PO Box 2
Avoca, NY 14809
585-747-5402



Invoice #: 164081

Date: 12/06/2023

Lindsay Lieberman, Esq.
PO Box 2575
Newport, RI 02840

## INVOICE FOR SERVICE

| | |
|---|---|
| Service #204952: Jonathan Rees AKA Greg Ellis AKA Jonny Rees | Your File# |
| Service at: 680 State Highway 220, Mc Donough, NY | Court Case #: 3:23-CV-01352-TJM-ML |
| Jane Doe v. Jonathan Rees, AKA Greg Ellis, AKA Jonny Rees | |

| | |
|---|---|
| Copy Fee (waived if under 10 pages) - | $18.00 |
| Standard Service (Local area) - | $59.00 |

**TOTAL CHARGES:**                                                               **$77.00**

Payment: 12/06/2023     Check#: CC Payment of $77.00                -$77.00
ID:ch_3OKTOhDr6EQx9pGH3fGyzavw...
Applied $77.00 of it to pay this invoice in
full. Last 4 of CC: 7220

**BALANCE:**                                                                      **$0.00**



Case 3:23-cv-01352-ECC-ML    Document 74-7    Filed 11/22/24

# Request for Payment for Expenses ⤵  Inbox ✕

🖨

 **Lindsay Lieberman LLC** <support@lawpay.com>          Fri, Dec 29, 2023, 3:51PM    ☆  ☺  ↩

to me ▾

## Lindsay Lieberman LLC

Hi ▉▉▉▉▉

This payment request is for the 2 expenses paid to date on your case. There's the $402 filing fee and the $77 for one service attempt. I will send you the receipts separately. You can make a safe payment through this link.

Thank you,

- Lindsay Lieberman LLC

Balance Due

## $479.00



Lindsay Lieberman LLC
PO Box 2575, Newport, RI 02840

Powered by LawPay



# INVOICE

Date: 03/29/2024
Due Upon Receipt

PO Box 5520
Snowmass Village, CO 81615



**00015-**████████

## Image-based abuse and defamation

| Date | Notes | Quantity | Rate | Total |
|------|-------|----------|------|-------|
| 03/25/2024 | ████████████████████ | 1.00 | $95.00 | $95.00 |
| 03/28/2024 | ████████████████████ | 1.00 | $90.00 | $90.00 |
| 03/28/2024 | ████████████████████ | 1.00 | $127.00 | $127.00 |
| 03/28/2024 | ████████████████████ | 1.00 | $95.00 | $95.00 |

|  | Subtotal | $407.00 |
|--|----------|---------|
|  | Total | $407.00 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 39 | 03/29/2024 | $407.00 | $0.00 | $407.00 |
|  |  |  | Outstanding Balance | $407.00 |
|  |  |  | Total Amount Outstanding | $407.00 |

Please make all amounts payable to: ALM Law

Payment is due upon receipt.



# INVOICE

Date: 04/15/2024
Due Upon Receipt

PO Box 5520
Snowmass Village, CO 81615



**00015-**████████

## Image-based abuse and defamation

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 04/01/2024 | ████████████████ | 1.00 | $125.00 | $125.00 |
| 04/02/2024 | ████████████████ | 1.00 | $125.00 | $125.00 |
| 04/05/2024 | ████████████████ | 1.00 | $85.00 | $85.00 |

|  |  | **Subtotal** | **$335.00** |
|---|---|---|---|
|  |  | **Total** | **$335.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 44 | 04/15/2024 | $335.00 | $0.00 | $335.00 |
|  |  |  | **Outstanding Balance** | **$335.00** |
|  |  |  | **Total Amount Outstanding** | **$335.00** |

Please make all amounts payable to: ALM Law

Payment is due upon receipt.



Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

# Invoice

**BILL TO:**

█████████████████████

| | |
|---|---|
| INVOICE# | 17545744.100 |
| DATE | May 23, 2024 |
| ACCOUNT# | 185063 |
| ATTENTION | ████████████ |
| REFERENCE# | Doe vs Rees |

**AMOUNT DUE**  **$ 0.00**

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | ███████████████ | 85.00 |

| | |
|---|---|
| SUBTOTAL | $ 85.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 85.00** |

## PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| American Express ending in 4009 | May 23, 2024 | 85.00 |

| | |
|---|---|
| **AMOUNT PAID** | **$ 85.00** |

| | |
|---|---|
| **AMOUNT DUE** | **$ 0.00** |

 **Proof**

# Invoice #471616
May 25, 2024

**Client Billing Number:** ▮▮▮▮▮
**Servee: Eric Foster**
**Servee Address: 10200 Fraizer St NE, Circle Pines, MN 55014**
**Job Created By: Allison Mahoney**

**Defendant: JONATHAN REES, AKA GREG ELLIS, AKA JONNY REES**
**Plaintiff: JANE DOE**

**ALM Law**
PO Box 5520
Snowmass Village, Colorado 81615

**Proof**
PO Box 661223
Dallas, Texas 75266-1223
Attn: ar@proofserve.com
720.724.8518

| Item | Job | Price | Qty | Total |
|---|---|---|---|---|
| **Standard Serve** <br> 3149 Christopher Ln, Saint Paul, MN 55126 | 520165 | $113.00 | 1 | $113.00 |
| **Standard Serve** <br> 323 North Washington Avenue, unit 320, Minneapolis, MN 55401 | 520165 | $113.00 | 1 | $113.00 |
| **Standard Serve** <br> 10200 Fraizer St NE, Circle Pines, MN 55014 | 520165 | $113.00 | 1 | $113.00 |
| **Standard Serve** <br> 9125 Olive Ln N, Maple Grove, MN 55311 | 520165 | $113.00 | 1 | $113.00 |

| | |
|---|---|
| **Total** | **$452.00** |
| **Paid** | **$452.00** |
| **Balance** | **$0.00** |

For questions or issues, please email AR@proofserve.com.



# INVOICE

Date: 05/28/2024
Due On: 06/27/2024

PO Box 5520
Snowmass Village, CO 81615



**00015-**████████

## Image-based abuse and defamation

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 05/28/2024 | ████████████████ | 1.00 | $452.00 | $452.00 |
| | | | **Subtotal** | **$452.00** |
| | | | **Total** | **$452.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 48 | 06/27/2024 | $452.00 | $0.00 | $452.00 |
| | | | **Outstanding Balance** | **$452.00** |
| | | | **Total Amount Outstanding** | **$452.00** |

Please make all amounts payable to: ALM Law

Please pay within 30 days.



# BLANKROME

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. 23-1311874

| | |
|---|---|
| INVOICE DATE: | APRIL 10, 2024 |
| CLIENT ID: | 151588 |
| MATTER NUMBER: | 151588-00603 02979 |
| INVOICE NUMBER: | 2187281 |

**REGARDING:**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 01/22/2024 | 2170041 | $9,419.30 | ($1,866.00) | $7,553.30 |
| 02/02/2024 | 2172234 | $616.50 | $0.00 | $616.50 |
| 03/04/2024 | 2178691 | $336.00 | $0.00 | $336.00 |

**BALANCE FORWARD**                                                      **$8,505.80**

FOR LEGAL SERVICES RENDERED THROUGH 3/31/24                $2,240.00

**CURRENT INVOICE TOTAL**                                           **$2,240.00**

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD**      **$10,745.80**

REMITTANCE

| | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | | 130 North 18th St |
| ABA Number: | 036076150 (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | CTZIUS33 (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   SHANGHAI



# BLANKROME

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. 23-1311874

| | |
|---|---|
| INVOICE DATE: | APRIL 10, 2024 |
| CLIENT ID: | 151588 |
| MATTER NUMBER: | 151588-00603 |
| INVOICE NUMBER: | 2187281 |
| | PAGE 1 |

**REGARDING:** ██████████████████████████████████

**FOR LEGAL SERVICES RENDERED THROUGH MARCH 31, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/24 | ██████████████████ | J. ROSENFELD | 0.30 | 252.00 |
| 03/13/24 | ██████████████████ | R. ALABRE | 1.40 | 1,148.00 |
| 03/13/24 | ██████████████████ | J. ROSENFELD | 1.00 | 840.00 |
| | **TOTAL SERVICES** | | | **$2,240.00** |

| | |
|---|---|
| **CURRENT INVOICE TOTAL** | **$2,240.00** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| RITHER ALABRE | 820.00 | 1.40 | 1,148.00 |
| JEFFREY ROSENFELD | 840.00 | 1.30 | 1,092.00 |
| **TOTALS** | | **2.70** | **$2,240.00** |

# Kenneth Caruso Law

**INVOICE**

15 W 72nd Street
New York, NY 10023

Invoice # 36
Date: 07/31/2024
Due Upon Receipt



**00020-**████████

## Doe v. Rees, et. al., Case No: 3:23-cv-01352 (TJM/ML) (Northern District of New York)

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 06/20/2024 | DL | ██████████████████ | 0.30 | $400.00 | $120.00 |
| 06/21/2024 | DL | ██████████████████ | 0.30 | $400.00 | $120.00 |
| 06/24/2024 | KAC | ██████████████████ | 2.50 | $650.00 | $1,625.00 |
| 06/25/2024 | KAC | ██████████████████ | 3.00 | $650.00 | $1,950.00 |
| 06/25/2024 | DL | ██████████████████ | 3.00 | $400.00 | $1,200.00 |
| 06/27/2024 | KAC | ██████████████████ | 2.00 | $650.00 | $1,300.00 |
| 06/27/2024 | DL | ██████████████████ | 2.10 | $400.00 | $840.00 |
| 06/28/2024 | KAC | ██████████████████ | 1.00 | $650.00 | $650.00 |
| 06/28/2024 | DL | ██████████████████ | 1.10 | $400.00 | $440.00 |
| 06/28/2024 | DL | ██████████████████ | 0.20 | $400.00 | $80.00 |



| Date | | | | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/01/2024 | KAC | | | 2.30 | $650.00 | $1,495.00 |
| 07/01/2024 | DL | | | 1.80 | $400.00 | $720.00 |
| 07/05/2024 | KAC | | | 1.50 | $650.00 | $975.00 |
| 07/05/2024 | DL | | | 0.20 | $400.00 | $80.00 |
| 07/15/2024 | DL | | | 0.40 | $400.00 | $160.00 |
| 07/16/2024 | KAC | | | 1.50 | $650.00 | $975.00 |
| 07/18/2024 | KAC | | | 1.50 | $650.00 | $975.00 |
| 07/18/2024 | DL | | | 1.00 | $400.00 | $400.00 |
| 07/26/2024 | DL | | | 0.50 | $400.00 | $200.00 |
| 07/29/2024 | DL | | | 1.20 | $400.00 | $480.00 |
| 07/29/2024 | KAC | | | 1.20 | $650.00 | $780.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Kenneth A. Caruso | 16.5 | $650.00 | $10,725.00 |
| David Labkowski | 12.1 | $400.00 | $4,840.00 |

| | |
|---|---|
| **Total** | **$15,565.00** |
| **Payment (06/26/2024)** | **-$15,000.00** |
| **Write Off** | **-$565.00** |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 36 | 07/31/2024 | $15,565.00 | $15,565.00 | $0.00 |

Please make all amounts payable to: Kenneth Caruso Law

Payment is due upon receipt.

# Payment Approved

Hi ████████

Your payment to Harris Beach PLLC has been approved on 06/24/2024 for a total of $706.25 on your American Express ending in *****4009.

Please see details below.

## Details

| | |
|---|---|
| Payment ID | 15905418 |
| Attorney Name | Julian Modesti |
| Invoice # (If multiple, please separate with a comma) | 8978735 |
| Matter # (if multiple, please separate with a comma) | Jane Doe v Jonathan Rees, aka Greg Ellis aka Jonny Rees |

## Total(s)

| | |
|---|---|
| **Total Amount** | **$706.25** |

Notes: Lindsay Lierbamn, LLC and ALM Law, LLC client ████████

Signature: _____



# BLANKROME

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. 23-1311874

| | |
|---|---|
| INVOICE DATE: | JULY 03, 2024 |
| CLIENT ID: | 151588 |
| MATTER NUMBER: | 151588-00603 02979 |
| INVOICE NUMBER: | 2206127 |

**REGARDING:**

FOR LEGAL SERVICES RENDERED THROUGH 6/30/24                    $2,016.00

**CURRENT INVOICE TOTAL**                                    **$2,016.00**

REMITTANCE

| | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ▮▮▮▮▮▮▮ | 130 North 18th St |
| ABA Number: | 036076150 (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | CTZIUS33 (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   SHANGHAI



**BLANKROME**

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. 23-1311874

|  |  |
|---|---|
| INVOICE DATE: | JULY 03, 2024 |
| CLIENT ID: | 151588 |
| MATTER NUMBER: | 151588-00603 |
| INVOICE NUMBER: | 2206127 |
|  | PAGE 1 |

**REGARDING:**  ███████████████████████████████

**FOR LEGAL SERVICES RENDERED THROUGH JUNE 30, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/18/24 | ████████████████████ | J. ROSENFELD | 1.50 | 1,260.00 |
| 06/25/24 | ████████████ | J. ROSENFELD | 0.10 | 84.00 |
| 06/28/24 | ██████████████ | J. ROSENFELD | 0.80 | 672.00 |
| | **TOTAL SERVICES** | | | **$2,016.00** |

**CURRENT INVOICE TOTAL** **$2,016.00**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JEFFREY ROSENFELD | 840.00 | 2.40 | 2,016.00 |
| **TOTALS** | | **2.40** | **$2,016.00** |

# BLANKROME

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. 23-1311874



| | |
|---|---|
| INVOICE DATE: | AUGUST 09, 2024 |
| CLIENT ID: | 151588 |
| MATTER NUMBER: | 151588-00603 02979 |
| INVOICE NUMBER: | 2214447 |

**REGARDING:**

FOR LEGAL SERVICES RENDERED THROUGH 7/31/24                    $588.00

**CURRENT INVOICE TOTAL**                                        **$588.00**

REMITTANCE

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | | 130 North 18th St |
| ABA Number: | 036076150 (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | CTZIUS33 (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   SHANGHAI



2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. 23-1311874

| | |
|---|---|
| INVOICE DATE: | AUGUST 09, 2024 |
| CLIENT ID: | 151588 |
| MATTER NUMBER: | 151588-00603 |
| INVOICE NUMBER: | 2214447 |
| | PAGE 1 |

**REGARDING:** ███████████████████████████████

**FOR LEGAL SERVICES RENDERED THROUGH JULY 31, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/24 | ████████████████ | J. ROSENFELD | 0.60 | 504.00 |
| 07/11/24 | ████████████████ | J. ROSENFELD | 0.10 | 84.00 |
| | **TOTAL SERVICES** | | | **$588.00** |

| | |
|---|---|
| **CURRENT INVOICE TOTAL** | **$588.00** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JEFFREY ROSENFELD | 840.00 | 0.70 | 588.00 |
| **TOTALS** | | **0.70** | **$588.00** |

# Kenneth Caruso Law

# INVOICE

15 W 72nd Street
New York, NY 10023

Invoice # 43
Date: 08/31/2024
Due Upon Receipt



**00020-** ███████

## Doe v. Rees, et. al., Case No: 3:23-cv-01352 (TJM/ML) (Northern District of New York)

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 08/02/2024 | KAC | ██████████████ | 2.00 | $650.00 | $1,300.00 |
| 08/02/2024 | DL | ██████████████ | 2.10 | $400.00 | $840.00 |
| 08/05/2024 | KAC | ██████████████ | 0.20 | $650.00 | $130.00 |
| 08/06/2024 | DL | ██████████████ | 1.00 | $400.00 | $400.00 |
| 08/10/2024 | KAC | ██████████████ | 3.50 | $650.00 | $2,275.00 |
| 08/11/2024 | KAC | ██████████████ | 1.50 | $650.00 | $975.00 |
| 08/11/2024 | DL | ██████████████ | 0.30 | $400.00 | $120.00 |
| 08/12/2024 | KAC | ██████████████ | 4.50 | $650.00 | $2,925.00 |

| 08/12/2024 | DL | | 1.60 | $400.00 | $640.00 |
|---|---|---|---|---|---|
| 08/13/2024 | KAC | | 3.00 | $650.00 | $1,950.00 |
| 08/13/2024 | DL | | 1.50 | $400.00 | $600.00 |
| 08/14/2024 | DL | | 1.00 | $400.00 | $400.00 |
| 08/15/2024 | DL | | 1.10 | $400.00 | $440.00 |
| 08/16/2024 | DL | | 0.40 | $400.00 | $160.00 |
| 08/17/2024 | KAC | | 2.50 | $650.00 | $1,625.00 |
| 08/17/2024 | DL | | 0.70 | $400.00 | $280.00 |
| 08/19/2024 | DL | | 0.40 | $400.00 | $160.00 |
| 08/20/2024 | DL | | 0.50 | $400.00 | $200.00 |
| 08/22/2024 | DL | | 0.10 | $400.00 | $40.00 |
| 08/23/2024 | KAC | | 3.00 | $650.00 | $1,950.00 |
| 08/23/2024 | DL | | 0.30 | $400.00 | $120.00 |
| 08/25/2024 | DL | | 1.70 | $400.00 | $680.00 |



| 08/26/2024 | DL |  | 0.30 | $400.00 | $120.00 |
| 08/27/2024 | DL | | 0.30 | $400.00 | $120.00 |
| 08/31/2024 | DL | | 0.70 | $400.00 | $280.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Kenneth A. Caruso | 20.2 | $650.00 | $13,130.00 |
| David Labkowski | 14.0 | $400.00 | $5,600.00 |
| | | **Total** | **$18,730.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 43 | 08/31/2024 | $18,730.00 | $0.00 | $18,730.00 |
| | | | **Outstanding Balance** | **$18,730.00** |
| | | | **Total Amount Outstanding** | **$18,730.00** |

Please make all amounts payable to: Kenneth Caruso Law

Payment is due upon receipt.

# Kenneth Caruso Law

## INVOICE

15 W 72nd Street
New York, NY 10023

Invoice # 46
Date: 09/30/2024
Due Upon Receipt



## 00020-████████

## Doe v. Rees, et. al., Case No: 3:23-cv-01352 (TJM/ML) (Northern District of New York)

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 09/01/2024 | KAC | ████████████████ | 1.00 | $650.00 | $650.00 |
| 09/01/2024 | DL | ███████████ | 0.30 | $400.00 | $120.00 |
| 09/16/2024 | KAC | ███████████ | 1.00 | $650.00 | $650.00 |
| 09/17/2024 | KAC | ████████████ | 0.50 | $650.00 | $325.00 |
| 09/18/2024 | DL | █████████████ | 0.40 | $400.00 | $160.00 |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Kenneth A. Caruso | 2.5 | $650.00 | $1,625.00 |
| David Labkowski | 0.7 | $400.00 | $280.00 |
| | | **Total** | **$1,905.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 46 | 09/30/2024 | $1,905.00 | $0.00 | $1,905.00 |

|  |  |
|---|---|
| **Outstanding Balance** | **$1,905.00** |
| **Total Amount Outstanding** | **$1,905.00** |

Please make all amounts payable to: Kenneth Caruso Law

Payment is due upon receipt.

# Kenneth Caruso Law

15 W 72nd Street
New York, NY 10023

## INVOICE

Invoice # 49
Date: 10/31/2024
Due Upon Receipt



**00020-**

## Doe v. Rees, et. al., Case No: 3:23-cv-01352 (TJM/ML) (Northern District of New York)

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|---------:|------:|------:|
| 10/23/2024 | DL | █████████████████ | 0.20 | $400.00 | $80.00 |
| 10/26/2024 | KAC | █████████████████ | 1.20 | $650.00 | $780.00 |
| 10/28/2024 | DL | █████████████████ | 0.60 | $400.00 | $240.00 |
| 10/29/2024 | DL | █████████████████ | 2.30 | $400.00 | $920.00 |

| Time Keeper | Quantity | Rate | Total |
|-------------|---------:|------:|------:|
| Kenneth A. Caruso | 1.2 | $650.00 | $780.00 |
| David Labkowski | 3.1 | $400.00 | $1,240.00 |
| | | **Total** | **$2,020.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|-----------:|------------------:|------------:|
| 49 | 10/31/2024 | $2,020.00 | $0.00 | $2,020.00 |
| | | | **Outstanding Balance** | **$2,020.00** |

**Total Amount Outstanding**        **$2,020.00**

Please make all amounts payable to: Kenneth Caruso Law

Payment is due upon receipt.