# JONATHAN REES

Dec 3, 2024

Honorable Miroslav Lovric
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

**Re: Doe v. Rees, Case No. 23-cv-1352-TJM-ML**

Dear Judge Lovric,

     I am writing to address several pressing issues that have arisen in the above-referenced matter, and to address the current challenges in navigating the procedural complexities of this case.

## Background of Representation and Communication Issues

1. **Withdrawal of Previous Counsel:** On June 12, 2024, my then-counsel, Kirstie Means, filed a Notice of Withdrawal due to my financial constraints. Concurrently, they submitted a Declaration on my behalf.

2. **Recent Case Communications:**
   - On November 22, 2024, I had communications via email with Courtroom Deputy Ms. Casey concerning the status of the case, during which she requested my current address.
   - On November 25, 2024, I responded to Ms. Casey, explaining that due to a confidentiality order and my current living situation without a fixed abode, providing an address was not feasible. This situation stems from safety concerns following an attempt on my life on August 8, 2023 (further detailed in my June 12 Declaration) by April Chandler, whom Plaintiff has identified as a non-party witness in this case. There are over 300 violations of an Order of Protection by Ms. Chandler documented in a Legal brief, which I am prepared to submit to the Court should it be deemed necessary.

3. **Notification Issues:**
   - On November 27th I received an email from a Mr. David Labkowski stating "*Mr. Rees, please see the attached court filing.*" In his email to me, Mr. David Labkowski had also forwarded an

email that Kenneth Caruso had sent (containing motion papers) to an email address that was unused since May/June 2024.

In late May/early June 2024 I had previously informed my attorney Kirstie Means at Lippes Mathias that I was no longer using the email address that Mr. Caruso had sent court filings to on Nov 22nd, and, furthermore, I had informed Ms. Means back in May/June that this email address was unused, and Ms. Means actually _texted_ me the Teams meeting invite for the last Court hearing I attended in June. I can provide the court evidence of this text exchange wherein I informed Ms. Means that said email address was unused and that Ms. Means sent me the Court Teams meeting link *via text message*.

**Please note:** I have not included exhibits or detailed evidence in this letter to maintain privacy and security but am prepared to provide such documentation if requested by the Court.

**Request for an In Camera Hearing:**

Given the sensitive nature of my current circumstances and the security concerns, I respectfully request an **in camera** hearing. I am unfamiliar with the procedure for such a request but am seeking guidance from the Court on this matter. An in camera hearing would allow for a private discussion of these personal safety and procedural issues without public disclosure, which I believe is critical under the circumstances.

**Pro Se Assistance and Current Status:**

- I have applied to the Pro Se Assistance Program facilitated by the Federal Bar Council Association (FCBA), as suggested by the Court Deputy. I have provided the necessary case details but have yet to receive follow-up assistance. Without this support, I remain at a disadvantage in understanding my legal rights, accessing court documents, and filing motions appropriately.

- I am currently unaware of the precise status of this litigation, who my opposing counsel is, or how to properly engage with court procedures. I am unsure if Mr. Labkowski or Mr. Caruso are officially involved in this case, and, although I am eager to be responsive with these men, without confirmation from the Court, I am hesitant to correspond directly with them.

Even as of today's date I do not have access to court filings in the case yet or even how to file a motion online, and I have no idea how to - I am not an attorney and require guidance/assistance. I

am not even sure if the Court Deputy will pass on this letter to the Your Honor, or if it will officially be filed, or even if I am breaking some procedural protocol by not sending a copy of this letter to either Mr. Labkowski or Mr. Caruso.

**Request for a Stay in Proceedings:**

      Given these challenges, I respectfully request that Your Honor consider granting a stay in these proceedings. This would afford me the necessary time to:
  - Gain a full understanding of the current state of the case.
  - Become acquainted with the Court's procedural requirements.
  - Receive assistance from the FCBA Pro Se Assistance Program.
  - Ensure that my rights, if any, are not inadvertently violated due to my pro se status and lack of access to expedient legal resources.

If the Court requires I file an official Motion requesting a Stay in proceedings, I would be more than willing to submit one. I do have to learn how to do this in order to do so.

**Confidentiality:**

      I make a formal request for confidentiality and anonymity in the case. This confidentiality and anonymity has been afforded to Plaintiff. I am compelled to seek this protection due to credible threats against my life and personal safety. The nature of Plaintiff's associate and non-party witness to this case Ms. Chandler's involvement in this case, has unfortunately led to further significant risks to my personal security. I have reason to believe that public disclosure of my identity could result in serious harm or endangerment to myself and potentially my family members.

      This is to ensure my safety. Since fleeing New York State on August 10th, 2023, after Plaintiff's associate and non-party witness to this case Ms. Chandler's attempt on my life, I have been forced to live a nomadic existence, in another state, with no fixed abode, for the last 16 months, with infrequent access to the internet, my electronics, repeatedly changing locations for safety reasons, while Ms. Chandler has been hunting me, publicly and privately, with a vicious smear campaign, terrorizing my family, friends, and business associates, and conducting lawfare as a vexatious litigant in multiple justifications and venues while awaiting trial for violent crimes with a firearm. Despite Ms. Chandlers indictment on 3 counts of first degree felony, and the issuance of multiple orders of protection, Ms. Chandler has persistently violated these orders, and continues to harass and threaten me.

I have documentation of these violations that I am prepared to submit in support of a motion when appropriate.

As I am writing this letter I have just become aware, through one of the website recourses website Ms. Casey kindly directed me towards, of "PACER" and "E-Filing (CM/ECF)" and am attempting to get up to speed on what they are and how to use them, although this may prove challenging without an actual physical address, adding further complications.

I am fully committed to cooperating with the Court to the best of my ability, given the current extenuating circumstances. I am making every effort to respond promptly and effectively. However, I wish to express my deep concerns about both my physical safety and digital security. The use of digital communication platforms presents risks of personal data exposure, which could potentially lead to real-world threats against my safety. Moreover, my physical safety is at risk when attending court proceedings or during interactions related to this case. These concerns are not trivial, as they involve safeguarding both sensitive information and my personal well-being, which could be compromised in transit, at rest, or in public settings. Despite these challenges, I am striving to be as responsive as possible while ensuring the security and confidentiality of my interactions with the Court, as well as taking precautionary measures to protect myself from potential physical harm.

Respectfully submitted Dec 3rd, 2024

_____
Jonathan Rees