# The People of the State of New York vs. April Chandler

Case No.: IND -70272-23/001

I, JONATHAN REES, am a victim and witness to the above-captioned case.

**<u>INTRODUCTION</u>**

1.  Defendant April Chandler, AKA Evelyn McCash, AKA Evelyn Du Pont Windsor is federally indicted on three (3) felony counts of PL §120.25 Reckless Endangerment 1st degree, a class D Felony and one (1) count of PL § 120.14 Menacing 2nd degree and has continued to terrorize victims, flagrantly violating multiple active Orders of Protection no less than one hundred and fifty (150) times over the past sixteen (16) months while on pre-trial probation awaiting criminal trial. See attached **Exhibit** "**A**".

2.  Defendant April Chandler's attempt on Complaining witness's life on August 8, 2023, caused Complaining witness to flee New York State for his own safety on August 10, 2023. Since that time, Complaining witness has been living out of state, in and out of safe houses, continually on the move, for the last sixteen (16) months, while Defendant April Chandler has initiated Lawfare against Complaining witness in various jurisdictions and venues.

3.  Additionally, while under indictment, and having no less than four (4) Orders of Protection issued on behalf of The People of the State of New York to protect Complaining witness from Defendant April Chandler (copies of the four (4) Orders of Protection dated August 9th, 2023, September 11th, 2023, November 14th, 2023 and May 14th, 2024) are attached) Defendant April Chandler has aggressively and obsessively stalked, menaced, threatened, harassed, defamed and attempted to intimidate Complaining witness,

1

Complaining witness's family, friends and business associates - in direct violation of her pre-trial probation release, as well as the conditions specified in the Orders of Protection.

4. On August 11th, 2023, Defendant April Chandler launched a targeted smear campaign against Complaining witness, which has continued unabated to the present.

5. On August 10th, 2023, Defendant April Chandler was observed driving past Complaining witness's home, playing the song "Stan" by Eminem at high volume—a song widely recognized for its depiction of obsessive and dangerous behavior. N.Y. State Troopers and Chenango County Sherriff's were dispatched and started searching for Defendant April Chandler. Complaining witness was sped away from his property by New York State Troopers, accompanied me to the county line, thereafter Complaining witness was driven to an airport where he boarded a plane and flew out of New York state, in fear for his life. Attached is video of Complaining witness being escorted out of the county by NYSP Troopers. See attached **"Video".**

## **Dossier**

In May, 2024, a compilation of evidence was provided to the Chenango District Attorney's office to support coordinated efforts among law enforcement agencies to address these ongoing violations effectively and to uphold the integrity of the protective measures in place.

The Chenango District Attorney's office was asked to review of enclosed materials, including:

6. On August 11th, 2023, Defendant April Chandler was named in a press release Chenango County Sherriff's post "Arrest Media" on their Facebook page, **(attached as Exhibit "B").** On

August 12th, 2023, Despite the OOP's in place, Defendant April Chandler publicly posted a photograph of Complaining Witness and named Complaining Witness as the victim in the comments section of Chenango County Sherriff's posted 'Arrest Media' on their Facebook page writing, "*This is your neighbor*" above a photograph of Complaining Witness and a disparaging and defamatory article about Complaining witness. Defendant April Chandler publicly posted more defamatory and spurious comments about Complaining witness in exchanges with a Roger Robinson (Complaining witness's ex-wife's husband) in direct violation of the four (4) Orders of Protection. A copy of April Chandler's public post's on the Chenango County Sherriff's Facebook page is in the Dossier, and attached hereto, evidence marked **Exhibit** "**C".**

7.  On August 12th, 2023, Defendant April Chandler posted on her social media channels, openly admitting to bringing a rifle to the complaining witness's property on August 8th, 2023—the day she was arrested and later indicted for discharging the firearm. A copy of Defendant April Chandler incriminating public post on Facebook admitting to bringing a rifle to Complaining witness's home is attached hereto, marked **Exhibit** "**D"**.

### More Recent Violations

The Dossier contains numerous additional violations, too many to detail in this document.

8.  May 5, 2024 - Nearly a year later, Defendant April Chandler continues to harass the Complaining Witness. She files a frivolous lawsuit against the Complaining Witness, exploiting the court system as a tool for stalking and harassment. Specifically, under the pretense of needing to serve the Complaining Witness, she used the court process to gain access to Complaining Witness's confidential 'safe' address. The Complaining Witness has

taken extensive precautions to keep their location undisclosed due to fears for their safety. However, after obtaining this information through the court, Ms. Chandler and Mr. Robinson shared the Complaining Witness's safe-house location online, further subjecting them to harassment, intimidation, and terror. Supporting evidence is included in **the dossier**.

**9.**  Sept 9-Sep 19, 2024: Defendant April Chandler sends a string of threatening emails to Smithville Town Judge Lilley, attached hereto, evidence marked **Exhibit "E"**

## Out of State Police Reports

10. 1ST POLICE REPORT: On August 13, 2023, due to the unrelenting nature of Defendant April Chandler's voluminous OOP violations, Complaining Witness was advised by Chenango County ADA Christine Rudy to file a police report with local law enforcement in the state Complaining Witness was in hiding/residing. Complaining witness filed a police report Case Number: 2023-00009510. A redacted copy of the police report is attached hereto, marked **Exhibit "F".**

## Even More Violations

11. On September 4th, 2023, at 8:42PM, Defendant April Chandler violated the Orders of Protection again and posted a secretly recorded and illegally obtained video of Complaining witness on X (formerly Twitter) along with defamatory comments about Complaining witness. A copy of that post is attached hereto, marked **Exhibit "G".**

12. On September 4, 2023, at 11:21 PM, Defendant April Chandler engaged in witness tampering and violated the Orders of Protection by posting defamatory comments about Complaining witness on her personal Twitter (X) account. Defendant April Chandler

"tagged" eighteen (18) of the Complaining Witness's friends and business associates, thereby notifying them of the post and directing them to the defamatory material. Furthermore, Defendant April Chandler publicly demanded that these friends and associates justify their association with Complaining witness. **Exhibit "H"** includes screenshots of Defendant April Chandler's defamatory social media posts tagging the Complaining witness, his friends, and business associates. These posts encouraged public scrutiny of the Complaining witness and defamed his character, in direct violation of the Orders of Protection.

**2nd Out of State Police Report**

13. 2nd POLICE REPORT: On September 9, 2023, the Complaining Witness notified the Chenango County District Attorney's Office of Defendant April Chandler's daily violations of the Orders of Protection. The District Attorney's Office advised Complaining Witness to file a second (2nd) police report with local law enforcement in the state where he was hiding/residing. The Complaining Witness complied and filed a second police report with out-of-state law enforcement. This law enforcement agency then served an Order of Preservation to the social media company X (Twitter) to preserve and archive all of Defendant April Chandler's defamatory and harassing social media posts about the Complaining Witness. A redacted copy of the Police Department's Preservation Order request sent to X (Twitter) Safety pursuant to 18 U.S.C. § 2703(f) is attached hereto and marked as **Exhibit "I"**.

**More Violations**

14. On September 14th, 2023, at 7:23PM, Defendant April Chandler posted more defamatory comments about the Complaining witness on her personal Twitter (X) social media account

5

in violation of the active Orders of Protection. A copy of the Defendant April Chandler's public post is attached hereto, marked **Exhibit "J".**

15. On September 18, 2023, Defendant April Chandler created a parody social media account on X (Twitter) with the username @ledespondent to mock the Complaining Witness. She posted a CCTV image of the Complaining Witness running for his life after she had fired shots at him. The post contained imagery created with the intent to intimidate and harass the Complaining Witness. A copy of the account and the social media post is included in **the dossier**.

16. On October 4th, 2023, Complaining witness was asked to return to New York and was provided an armed escort by Chenango Sherriff's to attend and testify at the Grand Jury Hearing. A copy of the email sent to the Complaining witness offering escort by Chenango County Sherriff's to the Grand Jury hearing for his own safety is attached hereto, marked **Exhibit "K".**

17. On October 5th, 2023, Defendant April Chandler was indicted by a Chenango County Grand Jury on three (3) felony counts of PL §120.25 Reckless Endangerment 1st degree, a class D Felony and PL § 120.14 Menacing 2nd degree, a class A misdemeanor. This information was provided and confirmed by Chenango County Assistant District Attorney Christine Rudy.

18. October 6, 2023, following Defendant April Chandler's indictment by the Chenango County Grand Jury, the lead detective on the case advised the Complaining witness to leave New York for his own safety.

19. On February 22nd, 2024 Broome Court Orders Complaining Witness's address to be confidential as per Court Order. A redacted copy of the Confidential address Order is attached hereto, marked **Exhibit "K2"**.

20. On May 2024, Defendant April Chandler sent multiple direct text messages to three (3) of Complaining witnesses family members attaching confidential court documents in another case, in direct violation of the four (4) Orders of Protection.

21. November, 2023, Defendant April Chandler, either personally or through intermediaries, visited the homes of the Complaining witness's family and friends to intimidate and uncover his location. These actions, intended to intimidate and uncover the Complaining witness's location, directly violate the terms of Defendant's pre-trial probation and the four active Orders of Protection.

22. On November 14th, 2023, Defendant April Chandler appeared in Chenango County Court for arraignment of her criminal indictment.

23. On November 14th, 2023, Chenango County Court issued an amended Order of Protection to further protect Complaining witness. A copy of the amended Order of Protection is attached hereto, marked **Exhibit "K2"**

24. Exhibit "L". The Chenango County Court reiterated the Smithville Town Court ordered Defendant April Chandler to attend pre-trial probation and Judge Revoir Orders Defendant April Chandler not to publicly post about Complaining witness on any social media platforms.

25. Undeterred, Defendant April Chandler continued her criminal contempt, witness tampering and intimidation; emailing and texting Complaining witness's friends and family.

26. December 2023-January 2024, Defendant April Chandler continued to harass and intimidate Complaining witness, posting publicly about the case and defaming Complaining witness.

27. December 12th, 2023, at 1:45PM, Complaining witness received a phone call from Main Endwell School who informed Complaining witness that, without his knowledge or permission, Defendant April Chandler had registered Complaining witness's name with Maine Endwell High School as an emergency contact. The **voicemail is available.**

28. On May 9th at 9:41 PM, Defendant April Chandler sent three (3) text messages to a family member of Complaining Witness's from one of her two (2) cell phone numbers – [310-666-7462] - in direct violation of the four (4) Orders of Protection, wherein Defendant April Chandler made wild and baseless claims about Complaining Witness's mental health:

*"He also comes under Title 18 Mental Defective..."*

(A redacted copy of the text message is attached hereto, marked **Exhibit** "**M"**.)

9

29. Defendant April Chandler has a long criminal history dating back over thirty (30) years (**Exhibit** "**N**"). Defendant April Chandler's recent criminal and civil actions have significantly heightened concerns about the complaining witness's safety. Defendant April Chandler has stalked, menaced, harassed, and intimidated Complaining Witness, in direct violation of the four (4) Orders of Protection, all while under federal felony indictment, and also filed meritless claims without any reasonable legal basis, and attached herself as witness to other claims strategically, with the intent to harass, witness tamper, coerce and intimidate.

Such explicit threats not only indicate a clear intent to cause harm but also signal an escalation of the accused's menacing behavior, necessitating an immediate and forceful legal response.

30. On September 24th, 2024, in blatant violation of the existing Orders of Protection, Defendant April Chandler sent a text message to the Complaining witness's fiancé. The message, incoherent and filled with falsehoods, appears to be another deliberate attempt to harass and intimidate. The text message to Complaining witness's fiancé:

> "*Hi [name redacted], a mutual friend of ours who lives close to Voldemort's place gave me your number. They are concerned for you given what they have witnessed... His complaint against me was all lies as per his typical pattern of abuse towards women because I know too much about the real him... You can tell him about my text, I really don't care, I'm no longer scared of that piece of shit - he's no man and definitely has zero integrity and lies constantly even though he hates being called a liar, when he is a liar and won't stop. I'm sure*

*he'll call Chenango Sheriffs again and try and get me arrested or Batavia when*

*he doesn't live in their jurisdiction."*

31. On September 26th, 2024, Defendant April Chandler, in a deliberate act of harassment and intimidation, and in stark contravention of the extant Orders of Protection, dispatched a text message to Complaining Witnesses fiancé's best friend wherein Defendant April Chandler stated that she would be posting public videos about Complaining Witness to "*expose*" him. The message was replete with incoherent assertions and served as a manifest attempt to defame and further harass not only myself but also my family, friends, and professional contacts.

32. On October 13th, 2024, Defendant April Chandler then, in a chilling fulfillment of her earlier threat, proceeded to disseminate a prolonged video across social media platforms, wherein she levied a series of nefarious and baseless allegations against Complaining Witness, Complaining Witnesses close companions, relatives, and professional colleagues. Alarmingly, she did not spare even the most vulnerable among us, fabricating abhorrent and fictitious tales involving my minor child. The defamatory and threatening video titled 'Greg Ellis: From Hollywood to Homeless" not only attempts to intimidate and defame Complaining witness, but also law enforcement officers of Chenango County. Defendant April Chandler's written commentary and screenshots from the posted video are attached hereto, marked **EXHIBIT "N2".** The Vimeo video link is: https://x.com/br1tishhuntress/status/1839800146823111001?s=09

33. On September 27th, 2024, Defendant April Chandler engaged in another audacious and flagrant act of harassment and intimidation. This act was not merely a violation but a direct

11

affront to the Orders of Protection currently in effect. That she acquired the cell phone numbers of Complaining Witness's closest friends and family the day before and telegraphed her threats via direct text messages, stating that she would "expose" them all is yet another example of Defendant April Chandler's flagrant disregard for the law. Defendant April Chandler recorded and disseminated a lengthy video across multiple social media platforms. In the video, she made baseless and malicious accusations targeting not only the Complaining witness but also his friends, family, and professional associates.

**34.** The Complaining witness's address is confidential as per Court Order of Broome County Court Hon. Mark H. Young. A redacted copy of the Confidential address Order is attached hereto, marked **EXHIBIT "N2"**

35. Exhibit "O".

36. On November 6, 2023, a month after being indicted in this case, Defendant April Chandler filed a malicious and meritless petition in Broome Family Court seeking an Order of Protection (OOP) against Complaining witness. Despite being indicted and awaiting trial for stalking, surveilling, and firing a rifle at the Complaining Witness, the Defendant and the Complaining Witness were never in an intimate relationship, had no communication since February 2023, and lived in different states. This escalation and blatant misuse of the court system were attempts by Defendant April Chandler to further terrorize the Complaining witness, incur legal fees, smear and falsely malign his character, and circumvent the previously issued OOPs to force him to be present in court with her, causing repetitive trauma and post-traumatic stress. A copy of the felonious Broome County Family Law petition, in which Defendant April Chandler lists her address as confidential and publishes the Complaining Witness' previous address, is attached hereto and marked as **Exhibit "P".**

37. December 12th, 2023, at 1:45PM, Complaining Witness received a phone call from Main Endwell School who informed Complaining witness that, without his knowledge or permission, Defendant April Chandler had registered Complaining witness's name with Maine Endwell High School as an emergency contact. **Audio of VM attached**.

38. On January 30th, 2024, three months after indictment in this case, Defendant April Chandler filed a second malicious and meritless petition in Broome County Family Court. This time including her minor children in the petition.

16

39. On February 1st, 2023, Hon. Mark H. Young filed under Article 8 of the Family Court Act: Order for Investigation/Report (Pursuant to FCA SEC. 1034/255/422). A copy of the Order is attached hereto, marked **Exhibit "Q".**

40. On March 15th, 2024, Broome County Department of Social Services confirmed in their report that Defendant April Chandler added Complaining witness as emergency contact for her children without Complaining witness's knowledge or consent. Additionally, Defendant April Chandler bizarrely listed the Complaining witness as a *stepparent*. Broome County Department of Social Services report redacted pages attached hereto, marked **Exhibit "R".**

41. Broome County Department of Social Services specifically wrote the children did *not* confirm Defendant April Chandler's assertions that they feared the Complaining witness.

42. Defendant April Chandler did not respond to any discovery demands throughout the family court proceedings.

43. On April 17th, 2024, a hearing is set before Hon. Mark H. Young in Broome County Family Court. Complaining witness is advised by his counsel Christopher Thomas Brown, Esq. and Richard Henry Miller II, Esq. not to attend due to safety concerns as Defendant April Chandler continues to harass and intimidate Complaining witness. Counsel for Complaining witness are summarily dismissed. A copy of the official Court transcript in part is attached hereto, marked Exhibit "S".

44. After dismissing the Complaining Witness's council, Judge Young allowed Defendant April Chandler to take the stand and testify uncontested and without submitting evidence.

45. A 3-year OOP was granted on a Default by the Judge to the Defendant April Chandler.

17

46. On April 17th, 2024, a few hours after being awarded the Order of Protection, Defendant April Chandler publicly posts a photograph of the Order on her social media accounts to further malign the Complaining Witness, in direct violation of the four (4) Orders of Protection. A copy of Defendant April Chandler April Chandler's OOP social media post is attached hereto, marked **Exhibit "T".**

47. Complaining witness immediately filed an appeal with the Court. That appeal is in process. A copy of the appeal form is attached hereto, marked **Exhibit "U".**

48. Defendant April Chandler further retaliated toward the Complaining witness after he testified at the Grand Jury hearing that indicted Defendant April Chandler. Defendant April Chandler filed malicious and frivolous lawsuits in neighboring counties in an attempt to further smear Complaining witness and caused Complaining witness to retain attorneys specialized in separate legal venues, at great financial cost to Complaining witness.

49. From August 11th, 2023, to present day 2024, Defendant April Chandler has stalked and actively pursued Complaining witness, attempting to learn of Complaining Witness' new physical whereabouts while continuing to defame and harass Complaining witness with spurious and voluminous public posts on social media, direct communications with Complaining witness, Complaining witness's friends and family and business associates.

50. Since August 11th, 2023, Defendant April Chandler has engaged in sustained harassment. Her actions have caused the Complaining witness to lose his livelihood, home, pet, and community connections, leaving him in constant fear for his safety. He has been forced to relocate out of state and live in constant fear for his well-being, to 'live' a transient and temporary life, moving from safe house to safe house, while being hounded and hunted by

Defendant April Chandler, inside and outside courtrooms, causing Complaining witness to be in a constant state of stress, severe hypervigilance, and on one occasion hospitalized due to Defendant April Chandler's malicious and intentional terror tactics.

51. Since August 11th, 2023 to Present day, Complaining Witness has telephoned, emailed and written letters to the Chenango County District Attorney requesting action. A small sampling of those letters and emails is attached hereto, marked **EXHIBIT "V".**

       Executed on December 10, 2024

_____
Jonathan Rees

**EXHIBITS**

**Exhibit "A"**

**OFFICE OF SUPREME AND COUNTY COURT CLERK**
**STATE OF NEW YORK COUNTY OF CHENANGO**
**13 EATON AVENUE**
**NORWICH, NEW YORK 13815**
**(607) 371-7160**

OSEPH A. McBRIDE
UPREME COURT JUDGE

RANK B. REVOIR, JR.
COUNTY COURT JUDGE



KIMBERLY S. SITTS
CHIEF CLERK, I

ABIGAIL A. ROGERS
DEPUTY CHIEF CLERK, I

October 5, 2023

Smithville Town Court
P.O. Box 217
Smithville Flats, NY 13841

RE:   The People of the State of New York vs. April Chandler
Chenango County Indictment 70272-23

Dear Judge,

The above defendant was indicted by the Chenango County Grand Jury on October 4, 2023, for the crimes of Reckless Endangerment, 1st (3 Counts) and Menacing, 2nd, alleged to have occurred on or about the 8th day of August, 2023, in the Town of Smithville.

In the event that preliminary proceedings in the case were conducted in your court, kindly forward a divestiture form and all other pertinent papers in connection with the matter.

Thank you for your assistance.

Very truly yours,

KarriAnn O'Connor
Clerical Assistant

21

**Exhibit "B"**



**Exhibit "C"**



23

**Exhibit "D"**



## Exhibit "E"

From: **Jordon R. Lilley** jlilley@nycourts.gov
Subject: Fw: OOP 1601098ON
Date: August 12, 2023 at 5:02 PM
To: greg@therespondent.com

---

**From:** April Chandler <april@aprilchandler.com>
**Sent:** Thursday, August 10, 2023 10:55 PM
**To:** Jordon R. Lilley <jlilley@nycourts.gov>
**Subject:** Re: OOP 1601098ON

Dear Honorable Jordan Lilley,

My name is April Chandler. I received a temporary OOP from Jonathan Rees signed by yourself.

The judge at the arraignment was asked for an OOP and didn't believe there were any merits for an OOP against me, so denied the request. I don't believe you have been told the full facts of the situation leading up this request. Jonathan Rees is very dangerous. He's also been institutionalized five times due to his mental instability. He's had guns at his property and had a fight with a producer called Eric Foster with another witness present called Max. I went to the property at his request to manage his financial mess given he has misappropriated funds from his charity and productions I was working on with him until I found out directly and experienced first hand that he's an abusive individual who hates women and owes millions of dollars to various investors involved in the production, which he used on himself and on his house. I sent Lt. Barton and Sgt. O'Hara text messages from Jonathan Rees who sent me lots of text messages in a theme of I'm in danger, some examples include: "we are in danger" with the following text "I need to keep my children safe", along with "my reactivity is going to get us killed". The sooner he is convicted of the many crimes he's committed and imprisoned, the easier I will sleep at night. I'm sure given the circumstances any rational person would have protection when around Jonathan Rees. I probably shouldn't have believed him or went to his property given he's a horrific human being, but I genuinely want to resolve this extremely disturbing situation for more than 15 people who have given him money, which inadvertently I am involved with as each time any of the investors, their accountants, or lawyers call him, he directs them to me to resolve on his behalf. I wasn't going to hurt him nor do I intend to, I only care about protecting myself and my children, which I can't do with a temporary OOP in place against me. I'm not a threat to anyone and agreed with the original judge that I wouldn't go near Jonathan Rees and I won't.

Jonathan Rees has an active restraining order against him from celebrity photographer Dani Brubaker for three years for domestic violence, abuse and sending out revenge porn to her daughter, her business associates and even though she had a restraining order against him, and he's been institutionalized, he applied for a gun at a gun shop locally and lied on the application about his mental condition, which was rejected. He then appealed and it was rejected again. After this, he bought a gun illegally, then had the encounter with the fight over the guy like I mentioned above. Jonathan Rees recently 'found' a handgun on his property conveniently after he discovered I had filed a report against him with both Broome County and Chenango County. I requested an OOP against him, but was told due to not being in a personal relationship, the officer said I couldn't get one against Jonny.

I am concerned by the lack of investigation into Jonathan Rees and don't feel protected at all from him. It doesn't help that Jonathan Rees sent me and others who have active cases against him text messages with photos of him with various law enforcement, including Chief of Police Roach who went to dinner at Jonathan Rees house with his wife after he was made aware of the OOP against Jonathan Rees for domestic abuse, revenge porn and multiple welfare checks from independent people who have been subjected to his abuse and constant threats of suicide from him.

Thank you in advance for your kind consideration.

With appreciation,

**Dr. April Chandler**

25

Producer
Talk Show Host
Documentary Filmmaker

april@aprilchandler.com
www.aprilchandler.com

"I know not with what weapons World War III will be fought, but World War IV will be fought with sticks and stones." – Albert Einstein



THE POWER OF CONVERSATION.

This email (and attachment(s)) is confidential, proprietary, may be subject to copyright and legal privilege and no related rights are waived. If you are not the intended recipient or its agent, any review, dissemination, distribution or copying of this e-mail or any of its content is strictly prohibited and may be unlawful. All messages may be monitored as permitted by applicable law and regulations and our policies to protect our business. E-mails are not secure and you are deemed to have accepted any risk if you communicate with us by email. If received in error, please notify us immediately and delete the email (and any attachments) from any computer or any storage medium without printing a copy. We virus scan and monitor all emails but are not responsible for any damage caused by a virus or alteration by a third party after it is sent.

Please be CAREFUL when clicking links or opening attachments from external senders.

9/24/24, 6:03 PM                                                    Mail - Jordon R. Lilley - Outlook

 Outlook

**Fw: 3 year OOP request - filing a police complaint against you and complaint with The New York State Commission on Judicial Conduct**

From  Jordon R. Lilley <jlilley@nycourts.gov>
Date  Tue 9/10/2024 8:06 PM
To     Brown, Jeffrey <jbrown@co.chenango.ny.us>; Public Defender <publicdefender@co.chenango.ny.us>
Cc     Terri Bickford <tbickford@nycourts.gov>

**From:** April Chandler <april@aprilchandler.com>
**Sent:** Tuesday, September 10, 2024 6:40 PM
**To:** Jordon R. Lilley <jlilley@nycourts.gov>
**Subject:** Re: 3 year OOP request - filing a police complaint against you and complaint with The New York State Commission on Judicial Conduct

Justice Lilley,

Given your clerk Terri Bickford has not returned my calls spanning weeks and then hung up on me this evening when I did finally manage to get a hold of her at the Court, when I simply asked for the vacated temp Order of Protection you had no jurisdiction to order, to be sent to me via email without any further delay.

I am entitled by right to receive a copy of that vacated OOP from your Court and why I am following up with an email request that I do expect to be answered in a timely fashion.

I would like the original temporary order that you as the Justice signed for Jonathan Rees aka Greg Ellis on May 14th, 2024 for 3 years scanned and emailed to me immediately by return, along with the **ORIGINAL** with the ink signed by you sent to my attorney Aaron Dean - you have his address.

The date you sent the file to Chenango Court shows as May 1st, 2024 when it was requested by them on October 5th, 2023. Why did it take you so long to send my file when it's a 10 minute drive up the road from you?

What possessed you other than what I can only deem as corruption, to issue a 3 year temporary OOP against me that you don't have any authority to issue, at most you can order a 1 year as a Justice, nor did you have jurisdiction to order an OOP against me when Jonathan Rees aka Greg Ellis left Smithville in December 2023 and the case has been under Judge Revoir's Jurisdiction since October, 2023? One can't help but see it as suspicious, especially given I called you out while I was at the Court in 2023 and you lied directly to my face, recorded that you did not know Greg Ellis aka Jonathan Rees, yet you did and I have evidence of this.

I would also like to know why you signed this temp order for Jonathan Rees aka Greg Ellis', which he must have requested over the phone - clearly he didn't appear in person in Smithville to ask for an

https://outlook.office365.com/mail/sentitems/id/AAQkADBhNzkwMDI4LTBmZDEtNDI1Ni05NTEzLWZiMGY2ZDVhYWY4ZgAQAD1IpGGQOg1OjsWdJ...    1/2

27

extension? Did it not ever occur to you why he didn't want to go to Judge Revoir for this OOP? What are the rules and regulations in regards to how you issue OOP's?

You don't have legal training. You are not a Lawyer or a qualified Judge and should have known better than to overstep your position as Justice in an attempt to supersede Judge Revoir's authority - of course my attorney was going to get it vacated.

I regard this OOP as fraudulent as he used an address that isn't correct and should have been verified by you and your Clerk, Terri Bickford prior to signing it and uploading to the Domestic Violence Registry, but didn't. This allowed him to submit this vacated OOP to a Federal Judge in Binghamton and continues to use it against me when it's not valid.

You are leaving me with no choice but to file a police complaint against both you and Terri Bickford, along with filing a complaint with The New York State Commission on Judicial Conduct for what can only be described as corruption and poor judgment by you, and puts into question your ability to be a Justice overseeing many people's lives. You overstepped the line and now you will deal with the consequences.

You might like to know that I have a 3 year full stay away OOP against Jonathan Rees aka Greg Ellis for myself and each of my children after a trial held by Honorable Judge Young in Broome Family Court, issued on the 17th April, 2024 until 17th April, 2027. Jonathan Rees aka Greg Ellis played you in order to get a 3 year OOP against me, and you and your Clerk fell for his fake sob story.

With appreciation,

April I Producer & Director

This email (and attachment(s)) is confidential, proprietary, may be subject to copyright and legal privilege and no related rights are waived. If you are not the intended recipient or its agent, any review, dissemination, distribution or copying of this e-mail or any of its content is strictly prohibited and may be unlawful. All messages may be monitored as permitted by applicable law and regulations and our policies to protect our business. E-mails are not secure and you are deemed to have accepted any risk if you communicate with us by email. If received in error, please notify us immediately and delete the email (and any attachments) from any computer or any storage medium without printing a copy. We virus scan and monitor all emails but are not responsible for any damage caused by a virus or alteration by a third party after it is sent.

Please be CAREFUL when clicking links or opening attachments from external senders.

 Outlook

---

**Fw: Freedom of Information Law**

---

**From** Jordon R. Lilley <jlilley@nycourts.gov>

**Date** Tue 9/17/2024 6:37 PM

**To**  Terri Bickford <tbickford@nycourts.gov>; Brown, Jeffrey <jbrown@co.chenango.ny.us>; Public Defender <publicdefender@co.chenango.ny.us>; District Attorney <districtattorney@co.chenango.ny.us>

---

**From:** April Chandler <april@aprilchandler.com>
**Sent:** Tuesday, September 10, 2024 8:46 PM
**To:** Jordon R. Lilley <jlilley@nycourts.gov>
**Subject:** Re: Freedom of Information Law

To Whom It May Concern:
Pursuant to the New York Freedom of Information Law, I hereby request the following records: All Temp OOP issued against me, including May 14th, 2024 by Smithville Court from August 2023 until September 2024.

I also request further information as noted in my previous email, as well as including all emails/phone calls/mail/text messages and any other communication with the Court made by Jonathan Rees aka Greg Ellis or other third parties concerning me (April Chandler) in whatever capacity. My email is attached below for reference and is subject to the FOIL request and the statutory requirements.

I look forward to receiving your response to this request within 5 business days, as the statute requires.

Justice Lilley,

Given your clerk Terri Bickford has not returned my calls spanning weeks and then hung up on me this evening when I did finally manage to get a hold of her at the Court, when I simply asked for the vacated temp Order of Protection you had no jurisdiction to order, to be sent to me via email without any further delay.

I am entitled by right to receive a copy of that vacated OOP from your Court and why I am following up with an email request that I do expect to be answered in a timely fashion.

I would like the original temporary order that you as the Justice signed for Jonathan Rees aka Greg Ellis on May 14th, 2024 for 3 years scanned and emailed to me immediately by return, along with the ORIGINAL with the ink signed by you sent to my attorney Aaron Dean - you have his address.

The date you sent the file to Chenango Court shows as May 1st, 2024 when it was requested by them on October 5th, 2023. Why did it take you so long to send my file when it's a 10 minute drive up the road from you?

9/24/24, 6:02 PM                                          Mail - Jordon R. Lilley - Outlook

What possessed you other than what I can only deem as corruption, to issue a 3 year temporary OOP against me that you don't have any authority to issue, at most you can order a 1 year as a Justice, nor did you have jurisdiction to order an OOP against me when Jonathan Rees aka Greg Ellis left Smithville in December 2023 and the case has been under Judge Revoir's Jurisdiction since October, 2023? One can't help but see it as suspicious, especially given I called you out while I was at the Court in 2023 and you lied directly to my face, recorded that you did not know Greg Ellis aka Jonathan Rees, yet you did and I have evidence of this.

I would also like to know why you signed this temp order for Jonathan Rees aka Greg Ellis', which he must have requested over the phone - clearly he didn't appear in person in Smithville to ask for an extension? Did it not ever occur to you why he didn't want to go to Judge Revoir for this OOP? What are the rules and regulations in regards to how you issue OOP's?

You don't have legal training. You are not a Lawyer or a qualified Judge and should have known better than to overstep your position as Justice in an attempt to supersede Judge Revoir's authority - of course my attorney was going to get it vacated.

I regard this OOP as fraudulent as he used an address that isn't correct and should have been verified by you and your Clerk, Terri Bickford prior to signing it and uploading to the Domestic Violence Registry, but didn't. This allowed him to submit this vacated OOP to a Federal Judge in Binghamton and continues to use it against me when it's not valid.

You are leaving me with no choice but to file a police complaint against both you and Terri Bickford, along with filing a complaint with The New York State Commission on Judicial Conduct for what can only be described as corruption and poor judgment by you, and puts into question your ability to be a Justice overseeing many people's lives. You overstepped the line and now you will deal with the consequences. You might like to know that I have a 3 year full stay away OOP against Jonathan Rees aka Greg Ellis for myself and each of my children after a trial held by Honorable Judge Young in Broome Family Court, issued on the 17th April, 2024 until 17th April, 2027. Jonathan Rees aka Greg Ellis played you in order to get a 3 year OOP against me, and you and your Clerk fell for his fake sob story.

With appreciation,

April I Producer & Director

This email (and attachment(s)) is confidential, proprietary, may be subject to copyright and legal privilege and no related rights are waived. If you are not the intended recipient or its agent, any review, dissemination, distribution or copying of this e-mail or any of its content is strictly prohibited and may be unlawful. All messages may be monitored as permitted by applicable law and regulations and our policies to protect our business. E-mails are not secure and you are deemed to have accepted any risk if you communicate with us by email. If received in error, please notify us immediately and delete the email

30

(and any attachments) from any computer or any storage medium without printing a copy. We virus scan and monitor all emails but are not responsible for any damage caused by a virus or alteration by a third party after it is sent.

Please be CAREFUL when clicking links or opening attachments from external senders.

31

9/24/24, 6:02 PM                                    Mail - Jordon R. Lilley - Outlook

 Outlook

### Fw: Complaint

From Jordon R. Lilley <jlilley@nycourts.gov>
Date Tue 9/17/2024 6:38 PM
To    Terri Bickford <tbickford@nycourts.gov>; Brown, Jeffrey <jbrown@co.chenango.ny.us>; Public Defender
      <publicdefender@co.chenango.ny.us>; District Attorney <districtattorney@co.chenango.ny.us>

**From:** April Chandler <april@aprilchandler.com>
**Sent:** Tuesday, September 17, 2024 6:16 PM
**To:** Jordon R. Lilley <jlilley@nycourts.gov>
**Subject:** Complaint

Justice Lilley,

I am entitled to receive the OOP that you issued against me on May 14th, 2024.

Your clerk hung up again stating that you don't come under FOIL rules, but different rules - but she wouldn't elaborate what these rules just for your court are. It must be nice to be so special and not have to abide by the rule of Law that every agency in New York and across the United States is required to follow within 5 days.

You have failed to respond to my FOIL request nor have you provided me with any communication, declarations, that resulted in you issuing the OOP against me when you didn't have authority or jurisdiction to do so.

It not an unreasonable request for me to receive this information, yet your clerk and you are refusing to give me what I have asked for spanning months when legally required to do so.

If I need to, I'll email everyone as you did because I'm not going to stop until I get the ORIGINAL OOP that you signed against me and the information that you used in order to make the determination to issue a 3 year temporary order of protection against me for Jonathan Rees aka Greg Ellis - you are proving my case that you are corrupt by refusing to be transparent or give me the documents, which I legally have the right to receive as it was issued against me and is pertinent to my case given he is the complainant.

I am not giving you a further extension to provide these documents. My next step will be to publicly share what you did and your refusal to abide by the Law.

https://outlook.office365.com/mail/sentitems/id/AAQkADBhNzkwMDI4LTBmZDEtNDI1Ni05NTEzLWZiMGY2ZDVhYWY4ZgAQAMXXhwuSn9dlov05sa...    1/2

32

With appreciation,

April I Producer & Director

This email (and attachment(s)) is confidential, proprietary, may be subject to copyright and legal privilege and no related rights are waived. If you are not the intended recipient or its agent, any review, dissemination, distribution or copying of this e-mail or any of its content is strictly prohibited and may be unlawful. All messages may be monitored as permitted by applicable law and regulations and our policies to protect our business. E-mails are not secure and you are deemed to have accepted any risk if you communicate with us by email. If received in error, please notify us immediately and delete the email (and any attachments) from any computer or any storage medium without printing a copy. We virus scan and monitor all emails but are not responsible for any damage caused by a virus or alteration by a third party after it is sent.

Please be CAREFUL when clicking links or opening attachments from external senders.

 Outlook

---

**Fw: May 14th, 2024 OOP issued against me, since vacated by Judge Revoir.**

---

From Jordon R. Lilley <jlilley@nycourts.gov>

Date Tue 9/24/2024 5:59 PM

To    Terri Bickford <tbickford@nycourts.gov>; Brown, Jeffrey <jbrown@co.chenango.ny.us>; Public Defender <publicdefender@co.chenango.ny.us>

---

**From:** April Chandler <april@aprilchandler.com>
**Sent:** Thursday, September 19, 2024 10:51 AM
**To:** Jordon R. Lilley <jlilley@nycourts.gov>
**Subject:** Re: May 14th, 2024 OOP issued against me, since vacated by Judge Revoir.

Justice Lilley,

Under Public Officers Law, § 86. Court records are subject to disclosure under section 255 of the judiciary law.

Please email me the OOP issued against me on May 14th, 2024 when you didn't have the authority or jurisdiction to do so. Even though it was vacated and not valid or legal, you were still required to serve me and/or provide me with this OOP when it was issued, yet I was not provided with this document and only found out about it being issued against me by you because Jonathan Rees aka Greg Ellis submitted this information to a Federal Judge in Binghamton for personal gain under false pretenses. **§175.35, Offering a false instrument for filing in the first degree includes the elements of the second degree offense and is a Class E felony.** Since June 18th, 2024 when I found out about this OOP and for more than 3 months since, I have chased both you and your clerk to send me and my attorney Aaron Dean the original OOP and still have not received it, even though you are required to provide it to me under the Law.

Yet again, I am requesting that you email me the OOP issued against me and send original (the one signed in ink), to my attorney Aaron Dean, which you are required to do by Law. You are not above the Law, even though you act as if you are. I request that you also send Aaron Jonathan Rees aka Greg Ellis application submitted to you requesting an extension, and all other documents and communication between you and him, which is relevant and pertinent to my criminal case given he's the complainant. He certainly didn't show up in person to Smithville, so all emails/texts/phone calls received and sent between you and/or your Clerk, which led to the issuing of this May 14th, 2024 OOP are pertinent to my case.

You are an embarrassment to the Justice system and shouldn't be in a position of power like you are. I believe you have aided an abetted Jonathan Rees aka Greg Ellis to commit further crimes against me. You knew that you didn't have jurisdiction or the authority to issue a 3 year temporary OOP against me, but you did it anyway, assisting him to abuse me and help him receive favor from a Federal Judge

9/24/24, 6:01 PM                                          Mail - Jordon R. Lilley - Outlook

in the Northern District of New York for personal gain, when he submitted this information to the Federal Court as part of his signed declaration.

How did Jonathan Rees aka Greg Ellis receive the letter sent from Chenango County Court personally addressed to you? It's not public information, yet all this information sent directly to you is on his exclusive website he set up about me to destroy me, my livelihood and my business. How many victims do you know set up websites about their so called "abuser"? It doesn't happen. He's the abuser and is extremely dangerous, yet you continue to help him, putting your job in jeopardy when you don't have the authority or jurisdiction to do what you did. It's abysmal.

With appreciation,

April I Producer & Director

This email (and attachment(s)) is confidential, proprietary, may be subject to copyright and legal privilege and no related rights are waived. If you are not the intended recipient or its agent, any review, dissemination, distribution or copying of this e-mail or any of its content is strictly prohibited and may be unlawful. All messages may be monitored as permitted by applicable law and regulations and our policies to protect our business. E-mails are not secure and you are deemed to have accepted any risk if you communicate with us by email. If received in error, please notify us immediately and delete the email (and any attachments) from any computer or any storage medium without printing a copy. We virus scan and monitor all emails but are not responsible for any damage caused by a virus or alteration by a third party after it is sent.

Please be CAREFUL when clicking links or opening attachments from external senders.

https://outlook.office365.com/mail/sentitems/id/AAQkADBhNzkwMDI4LTBmZDEtNDI1Ni05NTEzLWZiMGY2ZDVhYWY4ZgAQAKrLx1rHofFOiGcaYsy...    2/2

**Exhibit "F"**

 **Police Department**

**Summary**

| | | |
|---|---|---|
| **Print Date/Time:** | 05/28/2024 09:15 | POLICE DEPARTMENT |
| **Login ID:** | cshimp | **ORI Number:** IL0450200 |
| **Case Number:** | 2023-00009510 | |

## Case

| | | | |
|---|---|---|---|
| **Case Number:** | 2023-00009510 | **Incident Type:** | INFORMATION FOR POLICE |
| **Location:** | | **Occurred From:** | 08/09/2023 00:00 |
| | | **Occurred Thru:** | 08/13/2023 00:00 |
| **Reporting Officer ID:** | 201 - SAXSMA | **Disposition:** | INACTIVE/ADMINISTRATIVELY CLOSED |
| | | **Disposition Date:** | 09/21/2023 |
| | | **Reported Date:** | 08/13/2023 11:03 Sunday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| INVOLVED PERSON | 1 | REES, JONATHAN | | (310)435-3333 | WHITE | MALE | |
| | | | | | | | 55 |
| INVOLVED PERSON | 2 | | | | | | |
| | | | | | | | 49 |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 08/13/2023 | EVIDENCE* | DVD* | | | CS1 - SURVEILLANCE FOOTAGE | 2023-0000951 0 | 1 |

**Chain of Custody**

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 08/13/2023 14:45 | **Type:** Intake | 201-CALEB SAXSMA | | 043-MICHAEL HEWITT | |
| | **Code:** INITIAL | | | | |
| | **Tag Number:** | 2023-00009510 | | | |
| | **Remarks:** | | | | |

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

**Routing:**

Page: 1 of 6

## OfficerID: csaxsma, Narrative

BODY WORN CAMERA FOOTAGE WAS RECORDED FOR THIS INCIDENT. R/O HAS NOT REVIEWED THE FOOTAGE PRIOR TO WRITING THIS REPORT.

On 08/13/2023 at approximately 1103 hours, Ofc. Hall and I, Ofc. Saxsma, responded to a desk report pertaining to a citizen assist at 100 N. Island Ave. in ▉▉▉▉

Officers spoke with the complainant, identified as Jonathan Rees, who related the following.

Jonathan related that on 08/08/2023, an unidentified individual, later identified as ▉▉▉▉▉▉ arrived on Jonathan's property (680 State Hwy. 220, Smithville, NY, 13841) at 1146 hours. Jonathan related that ▉▉▉ approached his residence with a rifle pointed at Jonathan in an attempt to shoot him. Jonathan related that he ran off his property and entered into a vehicle occupied by two elderly individuals with whom Jonathan had no relation with. Jonathan related that after he escaped into the vehicle, ▉▉▉ discharged rifle, striking the vehicle. Jonathan related that another vehicle appeared on the roadway, causing ▉▉▉ to disengage and attempt to escape in fear of being caught.

Jonathan related that New York State Police Department and Endwell County Sheriff's Department were already investigating the case. Jonathan also related that ▉▉▉ was initially arrested on 08/08/2023 and bonded out shortly thereafter.

An order of protection was pursued and finalized on 08/09/2023, Jonathan being the petitioner and ▉▉▉ being the defendant (NYSID: 16010980N ; CJTN: 70400238Q). The order of protection document provided by Jonathan had no indication that the order had been served.

Jonathan related that between 08/09/2023 and 08/13/2023, ▉▉▉ had been slandering Jonathan via social media. Jonathan provided pictures of social media posts pertaining to ▉▉▉ accusing Jonathan of being a misogynist and violent towards women, as well as posting false news articles relating to Jonathan and mentioning a documentary ▉▉▉ had allegedly began filming pertaining to Jonathan. I noted that the order of protection specifically prohibits:

"harassing, intimidating, threatening, or otherwise interfering with the victim".

Jonathan requested that I document ▉▉▉ violation of the order of protection in order to give New York law enforcement means to finalize charges against ▉▉▉ Jonathan also requested that I reach out to NY State Police to notify them that a report is in progress.

I made contact with Trooper Sgt. Green of the NY State Police. Green related that he believed that the order of protection was served, but he was not positive and had no way to verify that information. Green related that in order to pursue charges, NY State Police needed a disposition. Green gave me his contact information and requested that I contact him once this report is completed.

Jonathan provided me with a phone number for whom he believed was the lead detective on Jonathan's previous case. Jonathan related that he knew the detective only as 'Jeremy'. I attempted to contact 'Jeremy' via telephone but was only able to leave a voicemail requesting a callback.

All photographs have been saved to the shared drive under the photo evidence drop. Video footage of the original incident provided by Jonathan was burned to a DVD and submitted into evidence under CS1.

Nothing further to report at this time.

Assisting Officer: Ofc. R. Hall #171
Reporting Officer: Ofc. C. Saxsma #201

Reviewed by: Watch Cmdr. Matt White #164 who didn't review BWC prior to reviewing this report.

## OfficerID: dcarpino, Narrative

BODY WORN CAMERA FOOTAGE WAS RECORDED FOR THIS INCIDENT. R/O HAS NOT REVIEWED THE RECORDING PRIOR TO WRITING THIS REPORT.

On August 14, 23, at approximately 1617 hours officers took a desk report from Jonathan Rees at the ▉▉▉ Police Department. Rees advised officers of the existing case report taken by Officer Saxsma on August 13, 2023. Rees related that he was here today by request of the New York State Police to provide a written statement in regards to the Order of Protection he has in place against April

Chandler. Rees further related that New York State Trooper Michael Karderinis advised him that this was needed to charge Chandler with violation of the OOP. Rees provided R/O with contact information for Trooper Karderinis and his supervisor Trooper Sergeant Green. R/O provided Rees with ▇▇▇▇ Police Department Voluntary Statement forms. Voluntary statement forms were signed by Rees and R/O. R/O provided copies of the statement forms to Rees.

R/O contacted Trooper Karderinis who related that Rees was told to wait until he heard from him before going into ▇▇▇▇ Police Department to provide the written statement. Trooper Karderinis further related that there was no evidence of a violation of the OOP. Trooper Karderinis advised that the written statement provided by Rees could not be used by New York State Police because it was not on a sworn affidavit form. Trooper Karderinis then advised R/O he could fax the voluntary statement forms as documentation for the case to him. R/O faxed voluntary statement forms to fax number 607-785-1794. The fax cover page and voluntary statement forms are attached to this report.

Nothing further to report at this time.

Assisting Officer: A. Wakeley #193

Reporting Officer: D. Carpino #202

REVIEWED BY: WATCH CMDR. MATHEWSON #150 who has not reviewed BWC footage prior to reviewing this report.

## OfficerID: brenninger, Narrative

Body worn camera was recorded for this incident. I have not reviewed the footage prior to completing this report.

Supplemental on September 9, 2023 at approximately 1233 hours

On September 9, 2023, Jonathan Rees came into the this police department to speak about a violation of order of protection. Jonathan advised that he has an ongoing case reference a ▇▇▇▇ out of New York in which Jonathan advised that ▇▇▇▇ attempted to kill him at his residence with a rifle. Jonathan advised he currently has an OOP against ▇▇▇▇ and ▇▇▇▇ has been violating the OOP by posting things online, slandering his name, and harassing him. Jonathan proceeded to show me a timeline of events that he created. Jonathan also showed me Twitter posts from a ▇▇▇▇ and ▇▇▇▇ which Jonathan advised are both ▇▇▇▇ and they are posts which are violating the OOP as they are talking slander about him. Jonathan did not feel comfortable sharing the timeline with me any further and would feel more comfortable speaking with the supervisor of detectives.

I advised Jonathan that I will email Detective Sergeant La Barbera, however, he may delegate the information to someone else. Jonathan was satisfied with that answer. Jonathan kept stating how he is in fear for his life about this situation and he does not feel comfortable, as he advised that ▇▇▇▇ is attempting to kill him. Jonathan advised that he is staying with someone in ▇▇▇▇ however, did not feel comfortable stating what the address is.

I completed a preservation request for the two Twitter accounts ▇▇▇▇, attached is a copy of the request. I also emailed Sergeant La Barbera about the incident.

Nothing further at this time.

Submitted by Officer Renninger #191

Reviewed by: Watch Cmdr. Matt White #164 who didn't review BWC prior to reviewing this report.

## OfficerID: glabarbera, Narrative

Time & date of this supplemental report:  09/21/23 1515 hrs

R/O utilized his BWC for this incident.  R/O did not review the BWC prior to preparing or reviewing this report.

On Friday, 09/15/06, at approx. 1206 hrs, R/O met with complainant Jonathan Rees at the ▇▇▇▇ PD.  The meeting was prearranged with Mr. Rees.  Mr. Rees reviewed the timeline of events involving the person suspected of violating the Order of Protection ▇▇▇▇ and advised R/O that he was told by law enforcement authorities in New York state that because Mr. Rees was physically located in ▇▇▇▇ when the alleged violations occurred, that ▇▇▇▇ PD would be the law enforcement entity to investigate this situation.  Mr. Rees advised he would be traveling to New York in the near future to possibly participate in a Grand Jury for the initial assault/attempt on his life.

Case Number: 2023-00009510. ORI: IL0450200.                                                                    Page: 4 of 6

It should be noted that Mr. Rees was still hesitant about providing the location of where he is temporarily domiciled in ████ and R/O has not received that information at the time of this report.

On Thursday, 09/21/23, at approx. 1338 hrs, R/O spoke to Kane County ASA Steve Sims via telephone and reviewed the facts of this case. ASA Sims advised that it was his opinion that the facts presented indicated that law enforcement in New York would be responsible for investigating the violations and that it did not fall into the jurisdiction of the ████ Police Department to investigate or prosecute.

On Thursday, 09/21/23, at approx. 1406 hrs, R/O spoke with Mr. Rees by telephone and advised him of the KCSAO's opinion on this situation. R/O encouraged Mr. Rees to speak with the law enforcement authorities involved in the alleged assault/attempt on his life and subsequent issuance of the Order of Protection about investigating the violations. R/O advised Mr. Rees that ████ PD would be able to provide assistance to the New York Law Enforcement entities investigating the violations by providing copies of this report to them if requested. Mr. Rees advised he would provide the authorities in New York with R/O's contact information.

Case closed due to lack of jurisdiction.

Submitted by: Det. SGT G. La Barbera #169

REVIEWED BY: DET. SGT G. LA BARBERA #169

39

**Exhibit "G"**



**Page title:**
April Chandler on X: "@recyclemeinla @ZZTopOfLA @MzRockMon @PaulBarresi1 @TriciaOKelley @BethGeeslin @jenjillharman @ellisgreg @wil_da_beast630 @sequoiaschmidt @ThatUmbrella @BretWeinstein @HeatherEHeying @LeftTheCoast @BurnerCoast @Ryan_Daigler @SusanBassi @onemomsbattle @themaggiekim @HeardHeroine The charity board did not write the letter he fraudulently submitted to LA court claiming he hadn't taken a cent, when in fact, he did take charity money in his own words in multiple videos totaling hundreds of thousands of public donations to buy furniture for his home, PR, book https://t.co/uGOssqylEO" / X

**URL:**
https://twitter.com/chandlerapril/status/1698859223944175986

**Hash (SHA-256):**
d0e0a9324170479fac201f322bdf4b8df22902ac3f7742f8a5c82126595b4b4b

**Capture date:**
2023-11-14 18:57:13 PM GMT -05:00

**Updated date:**
2023-11-14 18:57:13 PM GMT -05:00

**Exhibit "H"**



**Page title:**
April Chandler on X: "@recyclemeinla @ZZTopOfLA @MzRockMon @PaulBarresi1 @TriciaOKelley @BethGeeslin @jenjillharman @ellsgreg @wil_da_beast630 @sequoiaschmidt @ThatUmbrella @BretWeinstein @HeatherEHeying @LeftTheCoast @BurnerCoast @Ryan_Daigler @SusanBassi @onemomsbattle @themaggiekim @HeardHeroine @drdrew @AskDrDrew @drwarrenfarrell @BrianAVandiver1 @FamilyLawInt No board members or ambassadors were aware of this letter. No meetings or minutes. He wrote &amp; submitted it to the court knowing it was false in order to get out of paying legal fees. He has a distinct way of writing &amp; loves to underline &amp; over inflate himself &amp; the work he does." / X

**URL:**
https://twitter.com/chandlerapril/status/1698899043978522874

**Hash (SHA-256):**
7a8e01fdb6865dc8f4eaf83f80de1fe67cbf715307bc6dd23f2564e47fbc708c

**Capture date:**
2023-12-27 00:23:49 AM GMT -05:00

**Updated date:**
2023-12-27 00:26:23 AM GMT -05:00

**Exhibit "I"**



**CITY OF** ███████

**DEPARTMENT OF POLICE**

Date:___September 9, 2023_____

TO: Twitter Safety

Re: Preservation Request
Dear Twitter Safety:

The below listed account/profile is the subject of an ongoing criminal investigation at this agency, and it is requested pursuant to 18 U.S.C. § 2703(f) that the following information associated with said account/profile be preserved pending the issuance of a search warrant or other legal process seeking disclosure of such information:
**Please preserve any and all subscriber information, IP log Information, dates, and times of sign in, any and all emails associated with this account, any and all phone numbers associated to this account, any and all personal messages and photos associated to this account as well as any and all devices accessing this account.**

**Select any one of the following:**

☐   Delete the account and send you the information on the account.
     (Accompany with a subpoena and a Non-Disclosure order signed by a Judge.  This must be a separate
     document signed by a judge. See Non-Disclosure below)

■   Preserve the account (still may access but anything deleted will be saved)

☐   Lock the account (Still viewable but no access allowed)

User Handle:
User ID / UID:

If you have any questions concerning this request, please contact me at the

███████████████████

Thank you for your assistance in this matter.

Sincerely,
*Officer Renninger #191*



**Exhibit "J"**



**Page title:**
April Chandler on X: "@recyclemeinla @ZZTopOfLA @Darthjacob4 @MzRockMon @TriciaOKelley @BethGeeslin @jenjillharman @ellisgreg @wil_da_beast630 @sequoiaschmidt @ThatUmbrella @BretWeinstein @HeatherEHeying @LeftTheCoast @BurnerCoast @Ryan_Daigler @SusanBassi @onemomsbattle @themaggiekim @HeardHeroine @drdrew @AskDrDrew @drwarrenfarrell @BrianAVandiver1 @FamilyLawInt @drkatrina @mort_di @ashmortymort I heard about what he did to this poor family recently. He has no shame. He took the same amount from Doug Ansell, plus more from others. It's adding up to over $2m with public donations intended for the charity, plus investment for The Respondent film/series..." / X

**URL:**
https://twitter.com/chandlerapril/status/1702463192016752724

**Hash (SHA-256):**
bb26ee89967a6f5f919f67ec4afb59c0bc9b933b985c042385146d7c3e7fbc2c

**Capture date:**
2023-12-02 22:55:32 PM GMT -05:00

**Updated date:**
2023-12-02 22:55:32 PM GMT -05:00

43

**Exhibit "K"**



Mr. Rees,

It has come to my attention that you are requiring travel to grand jury on Wednesday October 4th 2023 because you feel unsafe. I currently do not know your exact whereabouts because of your safety concerns. You will need to respond to our agency located at 279 County Road 46 Norwich, NY on October 4th at 1200 hours. At that time you will be under our care for safe transport to the grand jury proceedings. Once the proceedings are complete you can be brought back to our agency if you choose to do so before departing the area. If you need a safe place while awaiting your transportation from our facility it will be provided. If you are traveling from out of the area by air I would suggest utilizing the Lt. Warren E. Eaton Airport due to its proximity to our agency. I have attached the coordinates of the airport if needed.

## 42.5666° N, 75.5248° W

Take care,

**Undersheriff Dustin Smietana**
**Chenango County Sheriff's Office**
**(607)337-1931**
**279 Co Rd 46**
**Norwich NY 13815**



44

**Exhibit "K2"**

FCA § 154-(b); 818; 1015 (rev. 9/26/13)

At a Term of the Family Court of the State of New York, held in and for the County of Broome at Binghamton, New York.

PRESENT:    HON. MARK H. YOUNG
            FAMILY COURT JUDGE

In the Matter of the Application of
for a Confidential Address Made by:                    **CONFIDENTIAL ADDRESS**
JONATHAN REES,
                        Applicant                       File No.        47031

NOTICE:   YOUR WILLFUL FAILURE TO OBEY THIS ORDER MAY, AFTER COURT HEARING, RESULT IN YOUR COMMITMENT TO JAIL FOR A TERM NOT TO EXCEED SIX MONTHS FOR CONTEMPT OF COURT.

Pursuant to §1113 of the Family Court Act, an appeal must be taken within thirty days of receipt of the Order by appellant in Court, thirty-five days from the mailing of the Order to the appellant by the Clerk of the Court, or thirty days after service by a party or Attorney for the Child upon the appellant, whichever is the earliest.

The above matter having come on before the Court upon the Applicant's affidavit requesting that the court hold his or her address confidential,

AND, the Clerk of the Court having maintained the Applicant's address as confidential pending a formal decision by the court,

AND, the Applicant having filed the attached Affidavit of facts in support of the request to maintain his or her address as a confidential address pursuant to Family Court Act §154-b, or §580-312 and the court having considered the application and the Court file in this matter, and the Court having found:

That disclosure of the applicant's address and/or other identifying information would pose an unreasonable risk to the health or safety of the applicant and/or the subject child(ren).

ACCORDINGLY, it is

ORDERED, that the request for Confidentiality is approved and the applicant's address shall be held confidential from adverse parties as provided in FCA §154-b; and it is further

ORDERED that applicant's address shall be maintained by the court as a confidential address; and it is further

ORDERED that this order shall expire six months from the date of entry, at which time, applicant may repetition the Court for a new Confidentiality Order; and it is further

ORDERED that the Chief Clerk of the Broome County Family Court is designated as the agent for service of process for the applicant for the purpose of any Family Court proceedings in which this applicant is a party; and it is further

45

## Exhibit "L"

Criminal Form 2    rev. 12/2020

ORI No:
Order No:
NYSID No. 160109980N
CJTN No. 70400238Q
PRESENT: Hon. Jordon Lilley

At a term of the    Smithville Town    Court, County of Chenango
at the courthouse at (address) 5285 State Hwy 41, Smithville Flats , State of New York

**ORDER OF PROTECTION**
Non-Family Offense – C.P.L. 530.13[1]
(Not involving victims of domestic violence)
☐ Youthful Offender (check if applicable)
Part _____ Index/Docket No. _____
Indictment No., if any: _____
Charges 120.25; 265.01; 120.14

People of the State of New York
-against-

April Chandler
Defendant

Date of Birth: ▆▆▆▆ 974

(Check one): ◉ Ex parte
○ Defendant Present in Court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

◉ TEMPORARY ORDER OF PROTECTION. Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of ○ recognizance ○ release on bail ○ adjournment in contemplation of dismissal],
○ ORDER OF PROTECTION. Whereas defendant has been convicted of [specify crime or violation]: _____

And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,
IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior [check applicable paragraphs and subparagraphs]:

☑ Stay away from
and/or from the
- ☑ [name(s) of protected person(s) or witness(es)]: Jonathan Rees
- ☑ home of 680 State Highway 220, Smithville, NY  13841
- ☑ school of _____
- ☑ business of _____
- ☑ place of employment of _____
- ☑ other _____

☑ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with [specify protected person(s)]: Jonathan Rees

☑ Refrain from remotely controlling, monitoring or otherwise interfering with any electronic device or other object affecting the home, vehicle or property of the protected person(s) by connection through any means, including, but not limited to, the internet, Bluetooth, a wired or wireless network, or other wireless technology.

☑ Refrain from harassing, intimidating, threatening or otherwise interfering with the victim or victims of, or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named [specify]: Jonathan Rees

☑ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) [specify type(s) and, if available, name(s)]: Jonathan Rees

☑ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: _____ and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but no later than [specify date/time]: _____ at _____ ○ AM ○ PM
at [specify location]: _____

☑ Specify other conditions defendant must observe for the purposes of protection: _____

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby [13A] ○ suspended or [13B] ○ revoked (note: final order only), and/or [13C] ☐ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check all applicable boxes). NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252

IT IS FURTHER ORDERED that this order of protection shall remain in force until and including [specify date]: 02/09/2024 , but if you fail to appear in court as required, the order may be extended and continues in effect until a new date is set by the Court.

Dated: 08/09/2023

_____
JUDGE/JUSTICE
(COURT SEAL)

☐ Defendant advised in Court of issuance and contents of Order
☐ Order personally served on Defendant in Court _____

_____
(Defendant's signature)

☑ Service directed by other means [specify]: Chenango County Sheriff's Office
☐ Warrant issued for Defendant
☐ Additional service information [specify]: _____

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face penalties authorized by law.
Federal law requires that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).
It is a federal crime to:
- cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
- buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
- buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

[1] Use this form for non-family offense orders of protection, issued pursuant to CPL §530.13, that are not issued to protect victims of family offenses, intimate partners and family and household members and are not entered onto the statewide domestic violence registry. See Exec. L. §221-a(1); CPL §§530.11(1), 530.12(1), 530.13.

Page 1 of 1

46

ORI No:    NY008161J
Order No:   2023-000002
NYSID No:  70400238Q
CJTN No:  _____

Criminal Form 2  12/2020

At a term of the Smithville Town Court, County of Chenango, at the Courthouse at 5285 State Hwy 41, Smithville, NY 13841, State of New York

PRESENT:  Honorable Jordon R. Lilley

**PEOPLE OF THE STATE OF NEW YORK**
- against -

April NMI Chandler,
Defendant

**ORDER OF PROTECTION**
Non-Family Offense - C.P.L. 530.13¹
(Not involving victims of domestic violence)

☐ Youthful Offender (check if applicable)

Part Clerk's Office   Case No :  2023-1829

Charges: PL 120.25 DF Reckless Endangerment-1st, 1 count(s) of D Fel, 2 count(s) of A Misd

DOB: ██████974

Ex Parte

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

☒ TEMPORARY ORDER OF PROTECTION - Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of: recognizance]

☐ ORDER OF PROTECTION - Whereas defendant has been convicted of [specify crime or violation]:

And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law.

IT IS HEREBY ORDERED that the above-named defendant April NMI Chandler (DOB: 02/28/1974) observe the following conditions of behavior:

Stay away from        Jonathan Rees;

the home of Jonathan Rees;

the school of Jonathan Rees;

the business of Jonathan Rees;

the place of employment of Jonathan Rees;

(other) Jonathan Rees 680 State Highway 220, Smithville, NY 13841;

Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with Jonathan Rees;

Refrain from remotely controlling, monitoring or otherwise interfering with any electronic device or other object affecting the home, vehicle or property of Jonathan Rees by connection through any means, including, but not limited to, the internet, Bluetooth, a wired or wireless network, or other wireless technology.

Refrain from harassing, intimidating, threatening or otherwise interfering with the victim or victims of, or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named Jonathan Rees;

Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: Any and All Firearms and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but in no event later than 08/09/2023 at Chenango County Sheriff's Office, 279 County Road 46, Norwich, NY 13815;

Specify other conditions defendant must observe for the purposes of protection: No third-party contact.;

IT IS FURTHER ORDERED that this order of protection shall remain in force until and including 09/11/2024, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court

DATED: 09/11/2023

☐ Defendant advised in Court of issuance and contents of Order.

☒ Order to be served by other means [specify]: _Chenango County Sheriff__

☐ Warrant issued for Defendant

☐ Order personally served on Defendant in Court  _____
                                                  (Defendant's signature)

Honorable Jordon R. Lilley

☐ ADDITIONAL SERVICE INFORMATION [specify]: _____

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a defendant who has violated its terms and to bring him or her before the Court to face penalties authorized by law.
Federal law requires that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 USC §§2265, 2266).
It is a federal crime to:
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. §§ 922(g)(8), 922(g)(9), 2261, 2261A, 2262).

¹ Use this form for any family offense orders of protection, court pursuant to CPL 530.13, that are not issued to protect victims of family offenses, to more persons and family and household members and are not entered into the statewide domestic violence registry. See Fam. ¶. § 821-a(1); CPL 140.10(1)(d), 530.13(6), 530.13.

47

ORI No:    NY008013J
Order No:  2023-000059
NYSID No:  16010980N
CJTN No:   70400238Q

PRESENT: Honorable Frank B. Revoir Jr.

At a term of the Chenango County Court (M-B), County of Chenango, at the Courthouse at 13 Eaton Avenue, Norwich, NY 13815, State of New York

**AMENDED**
**ORDER OF PROTECTION**
Family Offenses - C.P.L. 530.12

**Criminal Form 1 12/2020**

---

**PEOPLE OF THE STATE OF NEW YORK**
    - against -

**April N Chandler ,**
**Defendant**

DOB: ▮▮▮▮ 974

☐ Youthful Offender (check if applicable)

Part: Clerk's Office    Case No.: IND-70272-23/001

Charges: PL 120.25 DF Reckless Endangerment-1st, 3 count(s) of D Fel, 1 count(s) of A Misd

Ex Parte

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.

---

☒ **TEMPORARY ORDER OF PROTECTION** - Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of: recognizance]

☐ **ORDER OF PROTECTION** - Whereas defendant has been convicted of [specify crime or violation]:

And the Court having made a determination in accordance with section 530.12 of the Criminal Procedure Law,

**IT IS HEREBY ORDERED that the above-named defendant April N Chandler (DOB: 02/28/1974) observe the following conditions of behavior:**

[01]    Stay away from [A]    Jonathan Rees except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody visitation or child abuse or neglect proceeding;

    [B]    the home of Jonathan Rees except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody visitation or child abuse or neglect proceeding;

    [C]    the school of Jonathan Rees except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody visitation or child abuse or neglect proceeding;

    [D]    the business of Jonathan Rees except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody visitation or child abuse or neglect proceeding;

    [E]    the place of employment of Jonathan Rees except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody visitation or child abuse or neglect proceeding;

[14]    Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with Jonathan Rees except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody visitation or child abuse or neglect proceeding;

[17]    Refrain from remotely controlling, monitoring or otherwise interfering with any electronic device or other object affecting the home, vehicle or property of Jonathan Rees by connection through any means, including, but not limited to, the internet, Bluetooth, a wired or wireless network, or other wireless technology.

[02]    Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion, unlawful dissemination or publication of intimate image(s) or any criminal offense against Jonathan Rees;

**IT IS FURTHER ORDERED** that this order of protection shall remain in force until and including 11/13/2024, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.

DATED: 11/14/2023

                                        _Honorable Frank B. Revoir Jr._

☐ Defendant advised in Court of issuance and contents of Order.

☒ Order to be served by other means [specify]: Other - *to be served by Defense Counsel*

☐ Warrant issued for Defendant

☐ Order personally served on Defendant in Court

                            (Defendant's signature)

☐ ADDITIONAL SERVICE INFORMATION [specify]: _____

The **Criminal Procedure Law** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face penalties authorized by law.

**Federal law** requires that this order be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 USC §§2265, 2266).

It is a **federal crime** to:
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. 922(g)(8), §§922(g)(9), 2261, 2261A, 2262).

48

Web DVS Order Recap Report                                    https://iapps.courts.state.ny.us/webdvs/OrderRecap

## Domestic Violence Registry Information
## Order Recap

*Requested by:* Terri Bickford ; Tuesday May 21 2024 19:01:46

**Court:** NY008161J - Smithville Town Court

**Order Number:** 2024-000001                    **File Number:** DVS-2023-1829

                                                  **Case Number:** 2023-1829

**Defendant:** April NMI Chandler            **NICS INDEX:** State Prohibited

**Arrest Charges:** PL 120.25 DF Reckless Endangerment-1st Reckless Endangerment-1st , PL 265.01 AM Crim Poss Weap - 4th Deg Crim Poss Weap - 4th Deg , PL 120.14 AM Menacing-2nd Menacing-2nd

**Convictions:**

**TEMPORARY ORDER OF PROTECTION EXTENDED**

| Issue Date | Court Ent. Service Date | Police Entered Service Date | Expiration Date | Judge | |
|---|---|---|---|---|---|
| 05/14/2024 | | | 05/14/2027 | Jordon R. Lilley | **Ex Parte** |

**Applying Party**
Name: **Jonathan Rees** (Protected Party)

                          Sex: **Male**              Race: **White (Non Hispanic)**

**Address(es):**

        680 State Highway 220 , Smithville, NY 13841

**Against Party**
Name: **April NMI Chandler**
        DOB: ████ 1974

                          Sex: **Female**            Race: **White (Non Hispanic)**

        NYSID: **70400238Q**

**Relationship(s) between Against Party and Protected Parties:**

**Terms and Conditions**
Stay away from Jonathan Rees;

Stay away from the home of Jonathan Rees;

Stay away from the school of Jonathan Rees;

Stay away from the business of Jonathan Rees;

Stay away from the place of employment of Jonathan Rees;

Stay away from (other) Jonathan Rees 680 State Highway 220, Smithville, NY 13841;

Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with Jonathan Rees;

1 of 2                                                                5/21/2024, 7:02 PM

Web DVS Order Recap Report

Refrain from remotely controlling, monitoring or otherwise interfering with any electronic device or other object affecting the home, vehicle or property of Jonathan Rees by connection through any means, including, but not limited to, the internet, Bluetooth, a wired or wireless network, or other wireless technology.

Refrain from harassing, intimidating, threatening or otherwise interfering with the victim or victims of, or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named Jonathan Rees;

Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: Any and All Firearms and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but in no event later than 08/09/2023 at Chenango County Sheriff's Office, 279 County Road 46, Norwich, NY 13815;

Specify other conditions defendant must observe for the purposes of protection: No third-party contact.;



2 of 2

5/21/2024, 7:02 PM

50

**Exhibit "M"**



**Exhibit "N"**

# Tayside Wren is given 12 months



■ **April Chandler . . . dismissed from service**

A TAYSIDE Wren with an unblemished career record was yesterday convicted for her part in a plot to sell a £20,000 painting stolen from a naval wardroom.

A Portsmouth court martial cleared Wren steward April Chandler of stealing the painting.

But she was found guilty of dishonestly assisting in its removal from HMS Dolphin at Gosport.

Chandler (21), from Dundee, was dismissed from service at HMS Nelson and sentenced to 12 months' detention at a centre in Colchester, Essex.

Fellow steward Roy Baker (23), who admitted trying to sell the William Wyllie painting to a Gosport art dealer, was also dismissed from the Navy and sent to a detention centre for six months.

Each also had good conduct badges removed.

52

## EXHIBIT "N2"

**British Huntress**
@britishhuntress    Follow

I'm telling my story of dealing with a dark personality, a real sicko, a child predator, who's a self proclaimed "Hollywood Actor", when in reality he's only been in lots of big blockbuster movies as a background actor or only had a few seconds of screen time, yet tells everyone he meets that he's a Hollywood Star & close friends with #johnnydepp (which is all lies), easily confirmed by Stephen Deuters @sunstroke_house He used the #amberheard #JD trial to gain tens of thousands of #JD followers, who believed his story about his close friendship with JD, believing it must be true because he happened to be in #POTC 20 years ago for about 30 seconds! It's shameful how he used #JohnnyDepp to gain sympathy for his book of lies #therespondent & I don't believe JD wrote the foreword for the book either, all to abuse his ex-wife & turn thousands of JD followers against her, becoming his "Flying Monkey's" to help him abuse her further, maybe not intentionally, but it still happened, believing his narrative that he was the victim suffering from parental alienation, when in reality he signed over full custody after videos showed him hitting his youngest son on the first unsupervised visit, filmed by his eldest son. Since he was removed from the family house on a 5150 hold, off his head on cocaine, threatening to kill his son's, he hasn't paid a dime in child support, instead he recruited enablers to help him abuse his ex-wife for years. Both JD & Amber Heard supporters should be outraged. His management team helped sweep his abuse under the rug & even helped him publish his book. More on them later.

Next came domestic violence & abuse towards many ex-girlfriends & minor girls, which involved Law Enforcement, him breaking into their homes like he did to his ex-wife, threatening their lives if they ever spoke about what he did to them... in regards to his latest ex-girlfriend, he tried to extort her, sent revenge porn out to her business associates et cetera, threatening her in emails that if she didn't do what he said he would set up a podcast about her & an exclusive website.

You likely haven't heard of him as he's a D list actor at best called #GregEllis @ellisgreg aka #JonathanRees who voiced #cullen @bioware @BioMarkDarrah He then came after me & my minor children too, which is extensive, with the details in court documents, NY. I've gone through all emotions, including being afraid, but not anymore - don't get me wrong, I still sleep with one eye open & a baseball bat at the side of the bed, but I refuse to keep living in fear, which has impacted my health, my children, my life, my business. It's time to move on & the only way I'll ever be able to sleep properly again is if he is stopped in his tracks & put in prison for his crimes, along with his enablers held accountable for their part in multiple bad acts.

My abuser & his flying monkey's didn't think this through & probably shouldn't have picked a documentary filmmaker & a producer who focuses on biopics (true stories) to target. The whole pathology of these people has peaked my interest & I want to give non-predators the tools to deal with these nut jobs, so not only am I making the "Dark Personalities & Flying Monkey's" Documentary Film to expose them all, but I'm launching a British Huntress Podcast too. It's time to turn the tide on dark personalities - there's more of us than there is of them. The only reason they do so much damage is because of their recruited enablers, everyday people helping abusers to destroy their targets. Stop falling for their con routine.



▶ YouTube
From Hollywood to Homeless wit...

Last edited 1:47 PM · 13 Oct 24



**British Huntress**
@br1tishhuntress

Follow

Narcissists do try & destroy your life with lies, you would know #ellisgreg aka #jonathanrees you are the worst narcissistic predator on the planet. When anyone tries to cut the cord, you cry a river & then attack them, intent to destroy every element of their lives. We know YOU.



0:27

2        25        5.6K

54



**British Huntress (@br1tishhuntress) on X**

https://t.co/ui8aq03BQ6 Expose to bring attention to predators, dark personality, narcopath/sociopath/psychopath. Raw, une

x.com

On or about Sept 27 https://x.com/ br1tishhuntress/status/ 18398001468231110001?s=09

4

55

**Exhibit "O"**

FCA § 154-(b); §18; 1015 (rev. 9/26/13)

At a Term of the Family Court of the State of New York, held in and for the County of Broome at Binghamton, New York.

PRESENT:    HON. MARK H. YOUNG
            FAMILY COURT JUDGE

In the Matter of the Application of
for a Confidential Address Made by:
JONATHAN REES,

                    Applicant

**CONFIDENTIAL ADDRESS**

File No.    47031

NOTICE:   YOUR WILLFUL FAILURE TO OBEY THIS ORDER MAY, AFTER COURT HEARING, RESULT IN YOUR COMMITMENT TO JAIL FOR A TERM NOT TO EXCEED SIX MONTHS FOR CONTEMPT OF COURT.

Pursuant to §1113 of the Family Court Act, an appeal must be taken within thirty days of receipt of the Order by appellant in Court, thirty-five days from the mailing of the Order to the appellant by the Clerk of the Court, or thirty days after service by a party or Attorney for the Child upon the appellant, whichever is the earliest.

The above matter having come on before the Court upon the Applicant's affidavit requesting that the court hold his or her address confidential,

AND, the Clerk of the Court having maintained the Applicant's address as confidential pending a formal decision by the court,

AND, the Applicant having filed the attached Affidavit of facts in support of the request to maintain his or her address as a confidential address pursuant to Family Court Act §154-b, or §580-312 and the court having considered the application and the Court file in this matter, and the Court having found:

That disclosure of the applicant's address and/or other identifying information would pose an unreasonable risk to the health or safety of the applicant and/or the subject child(ren).

ACCORDINGLY, it is

ORDERED, that the request for Confidentiality is approved and the applicant's address shall be held confidential from adverse parties as provided in FCA §154-b; and it is further

ORDERED that applicant's address shall be maintained by the court as a confidential address; and it is further

ORDERED that this order shall expire six months from the date of entry, at which time, applicant may repetition the Court for a new Confidentiality Order; and it is further

ORDERED that the Chief Clerk of the Broome County Family Court is designated as the agent for service of process for the applicant for the purpose of any Family Court proceedings in which this applicant is a party; and it is further

Page 1 of 2

## Exhibit "P"

A



2023 NOV -6 AM 10: 19

\*\*\* For Office use only \*\*\*

**Do Not Attach anything to this Petition**
*Except:* - Continuation pages for any
paragraph
-Items specifically required by the Petition
form
-Items which the Judge has directed you to
provide

FAMILY COURT OF THE STATE OF NEW YORK COUNTY OF BROOME

APRIL CHANDLER,

                                    Petitioner,

against-

JONATHAN REES a/k/a GREG ELLIS,

                    Respondent.

*EMERGENCY*
FAMILY OFFENSE
PETITION

FF# 47031
Doc: O-03679-23

TO THE FAMILY COURT:

The undersigned Petitioner respectfully states that:

1. a. I reside at [specify address unless confidential]
   *PETITIONER'S ADDRESS IS CONFIDENTIAL*
   b. The Respondent resides at: 680 NY 220
                                 Smithville, NY 13801

2. The Respondent and Petitioner were in an intimate relationship:

1

**Exhibit "Q"**

File#: 47031 (O-00379-24)                                    FC-105 (9/2020)          Page 1 of 1

F.C.A. §§ 255, 1034; S.S.L. §§ 422

At a term of the Family Court of the State of New York, held in and for the County of Broome at Courthouse, 65 Hawley Street, Binghamton, NY 13902, on February 1, 2024

PRESENT: Hon. Mark H. Young

In the Matter of **an Article 8 Family Offense** Proceeding

**File #:**      47031
**Docket #:**    O-00379-24

**April Chandler** (Petitioner)

**Jonathan Rees** (Respondent)

ORDER FOR INVESTIGATION/REPORT (PURSUANT TO FCA SEC. 1034/255/422)

The attached petition was filed under Article 8 of the Family Court Act. Based on certain allegations, it has come to the Court's attention that the children: _____ _____, may be more appropriately the subject of a neglect or abuse petition.

NOW, therefore, it is hereby:

ORDERED in accordance with its powers under Section 1034 of the Family Court Act that the Broome County Department of Social Services investigate and report to the Court its findings under Article 8 of the Family Court Act on or before March 28, 2024. In the event there are ongoing investigations with the parties, the Broome County Department of Social Services shall file, with the Court, any reports regarding its investigation as well as any preventive services provided to the family.

ORDERED that a report must be submitted to this Court, in writing, by March 28, 2024.

Dated: **February 1, 2024**

_____
Hon. Mark H. Young

Check applicable box:
☒ Order mailed on [specify date(s) and to whom mailed]: 2/2/24 to April Chandler _____ Emailed to Broome County DSS. _____

CC: _____

Broome County Department of Social Services
_____, Attorney
_____ Attorney

ENTERED
Broome County Family Court
2/1/24

58

**Exhibit "R"**

US-15- 24 14:38 FROM-                                    T-U64   PUUU2/UUU4 F-541



**State of New York**
**County of Broome Government Offices**

**Broome County Department of Social Services**     *Services Division*
Jason T. Garnar, County Executive  ·  Nancy J. Williams, LCSW-R, Commissioner
*John Choynowski, MPA, Deputy Commissioner*

March 14, 2024

Judge Mark H. Young
Broome County Family Court
Binghamton, New York 13901

> **RECEIVED**
> Broome County Family Court
> 3/15/2024, 3:48:37 PM

Re:     File 47031 Docket O-00379-24

Dear Judge Young,

    Enclosed please find a report on the above referenced proceeding pursuant to your order dated February 1,2024 (FCA §1034/255/422)

    I respectfully request the Department be taken off notice for any subsequent appearances on this matter. I may be contacted at 778-2531.

*DSS off notice*

Respectfully Submitted,

Luella Fouquet
Senior Caseworker
Child Protective Services

Courtney Hull
Supervisor
Child Protective Services

59

US-15- 24 14:39 FRUM-                                                    I-U64   PUUU4/UUU4 F-541

Chandler, following her attempt to harm him in Chenango County, in which she was subsequently charged with three felony charges. Multiple orders of protection are in place. He describes her as a con- artist and career criminal.

. The children did not disclose any fear of Mr. Rees and gave very scripted responses to most of caseworker's questions.

The report is

Respectfully Submitted,

Luella Fouquet
Caseworker
Child Protective Services

Courtney Hull
Supervisor
Child Protective Services

**Exhibit "S"**

Chandler v Rees, 4/17/24                                                    Page 4

THE COURT: Okay, good afternoon. This is Broome County Family Court Part A. I'm Judge Young. This is the matter of Chandler and Rees under O, O docket 379-24 and 3679-23. We're joined by all the attorneys in this matter. David Spector's here for April Chandler. Rick Miller and Chris Brown are here for Jonathan Rees and Rob Kilmer's here on behalf of the three subject kids. We have a trial today, the Parties are here. However, Mr. Rees is not here, the Respondent. So I had just asked Counsel where his client was. He states that he's in hiding. Mr. Brown you want to extrapolate on that.

MR. BROWN: Of course Judge. So we did speak yesterday. We, we speak frequently. He's moved several times. He had to move from his home in Chenango County after Miss Chandler on video tried to shoot him with a rifle. Since then he's been moving around the country to different locations and every location he's moved to Miss Chandler has been able to find him and, in my opinion, in violation of an Order of Protection from Chenango County, sent him mail. Contact him.

THE COURT: Well we got a trial today and he was…

MR. BROWN: We do, your Honor…

THE COURT: And he was told he had to be here.

61

Chandler v Rees, 4/17/24                                    Page 5

MR. BROWN:  Your Honor, we, we completely understand that.  My client is frightened and he certainly believes that if Miss Chandler knows his location, specifically on a certain day or time that he could be at risk.

THE COURT:  Okay.

MR. BROWN:  I don't doubt that given the indictment.

THE COURT:  Well that's his, it's his prerogative to not be here.  He was told he's supposed to be here.  This is a trial today.  You guys are dismissed.  Thank you so much.

MR. BROWN:  Your Honor, one more thing.

THE COURT:  One more thing.

MR. BROWN:  He, he did indicate to me yesterday that he would be happy to appear virtually.

THE COURT:  You guys are dismissed.  Thank you so much.  Mr. Miller, Mr. Brown, out you go.  Okay.  I guess we'll go off the record for a second.  I'll bring in your client and you can proceed and I'll make a determination whether or not we have an Order of Protection case or not, okay.

MR. SPECTOR:  Thank you Judge.

THE COURT:  All right, so let's go off the record.  Hold the record.  You want to call in April

62

**Exhibit "T"**



English Breakfast @TeaSpil... · 17 Apr

#therespondent #ellisgreg

My little darlings, I present you his 4th Restraining Order I am aware of in the past 10 years.

When will it stop and when will all the enablers stop supporting the abuse?

@drdrew ready to think twice about this guy?

63

 **Carolina** 🖼️🦙🖼️ ✔️ @80s... · 17 Apr
Replying to @LongJoanSilver
This has apparently been an ongoing thing for years.

The RO's issued today were to protect three minor children....Their mother already has an RO.  So that's (4) for one family that is effective until April 2027.

x.com/TeaSpilling202...

 🍵 **English Breakfast** @Tea...  · 17 Apr
#therespondent #ellisgreg
My little darlings, I present you his 4th Restraining Order I am aware of in the past 10 years.
...

○3    ↻1    ♡ 11    ᐧᖱᥣ 1.6K    🔖    ⤴

 **Lis** @lisjackson_lis · 18 Apr
Replying to @80sDepphead and @LongJoanSilver
Trouble is, restraining orders can be bought at the drop of a hat.. a lot of people use them to their advantage in the states. It's one of the things he was campaigning against?

○2    ↻    ♡    ᐧᖱᥣ 103    🔖    ⤴

 **April Chandler** @chandlera... · 23 Apr
Replying to @lisjackson_lis @80sDepphead and @LongJoanSilver
I didn't receive a temporary restraining order & it took 5 months for my case to go to trial with him stalking, harassing, abusing me & my children the whole time with police doing zero. I had so much evidence as did my children's attorney that it was a no brainer for the Judge.

○1    ↻1    ♡1    ᐧᖱᥣ 92    🔖    ⤴

---

 **April Chandler** @chandlera... · 23 Apr
Replying to @chandlerapril @lisjackson_lis and 2 others
The Judge didn't want to issue an OOP, not even a temp one until after the trial & he heard direct testimony. If I wasn't dealing with a complete lying narcopath, I would have agreed with the Judge doing his due diligence. He's already violated the OOP, he's a serial abuser.

○1    ↻    ♡1    ᐧᖱᥣ 91    🔖    ⤴

 **Lis** @lisjackson_lis · 24 Apr
Replying to @chandlerapril @80sDepphead and @LongJoanSilver
So sorry to hear, must've been so scary. I was thinking more in the USA it's so common place to bring a RO and then it's guilty til proven innocent. (At great expense and stress to someone who might be innocent and actual the victim) UK different for sure...

○2    ↻    ♡1    ᐧᖱᥣ 259    🔖    ⤴

 **April Chandler** @chandlera... · 24 Apr
Replying to @lisjackson_lis @80sDepphead and @LongJoanSilver
I filed in NY & OOP was given to me & my kiddos after evidence & testimony showed beyond any doubt he committed multiple crimes against us. Two other DVRO filed against him in CA – he's a serial abuser. Anyone believes his fake persona & lies, to their detriment as he won't stop.

○1    ↻1    ♡3    ᐧᖱᥣ 268    🔖    ⤴

 **WTFBoom55598** @WtfBo... · 28 May
Replying to @chandlerapril @lisjackson_lis and 2 others
Aren't protection orders Civil which means lower standard of proof?

○1    ↻    ♡    ᐧᖱᥣ 98    🔖    ⤴

 **April Chandler** @chandlerapril · 4d
Replying to @WtfBoom55598 @lisjackson_lis and 2 others
Sybil, it's not about a lower standard of proof. It's simple, if he didn't keep committing domestic violence & abusing women who stand up against him, there wouldn't be any evidence to present to the Judge that prove he's an abuser. How many more women & children before you stop?

○5    ↻    ♡2    ᐧᖱᥣ 101    🔖    ⤴

---

 **WTFBoom55598**    [ Follow ]
@WtfBoom55598
Replying to @chandlerapril @lisjackson_lis and others
Also the other people you are suing like Mark Skipper.

They are saying you are commting litigation. Which means they are moving to sanction you for that. Any response to the suggestion you are a Vexatious Litigant?





**Exhibit "U"**

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF
_____

In the Matter of

April Chandler
_____          **NOTICE OF APPEAL**
                          Petitioner
                                                 Docket No.: _____O-03679-23_____
              - vs -

Jonathan Rees
_____
                          Respondent
_____

      **PLEASE TAKE NOTICE** that the above named   ☐ Petitioner   ☒ Respondent
residing at Confidential Address as per order of Judge Mark H Young _____, hereby
appeals to the Supreme Court of the State of New York, Appellate Division, Third Department, from the
Order of the Family Court of Broome _____ County in this action entered in the office of the Clerk
of said Court on the 17____ day of April_____, 20 24___ and each part thereof.

      **A copy of said Order is attached to this Notice of Appeal.**

Dated: 4/24/2024_____            _____
                                                     Signature of Applicant


TO:  Broome_____ County Family Court Clerk (Original and Copy)
     Opposing Party   April Chandler_____
     Opposing Counsel   Robert C. Kilmer_____
     Law Guardian     David T Spector_____

65

**Exhibit "V"**

**JONATHAN REES**

Confidential Address

**October 29th, 2024**

Michael D. Ferrarese, Esq.
Chenango County District Attorney
26 Conkey Avenue, Norwich, NY, 13815

Re: **Violation #166** on **October 20th, 2024 Violation of Orders of Protection**

Subject: **Exigent Request for Immediate Intervention in the Matter of April Chandler**

**Dear Mr. Ferrarese:**

I am writing to you regarding Ms. April Chandler, who has repeatedly violated Orders of Protection (OOP) over these past 15 months.

On October 20th, 2024 Ms. Chandler posted my name on all her social media channels, with accompanying written commentary that was defamatory, untrue and violates the Orders of Protection in place against her. One of Ms. Chandler's social media posts stated that myself and an individual named Vem Miller "raped" her. This disgusting and untrue allegation, posted by Ms. Chandler to her social media accounts, is another example of her criminal contempt. By concocting a heinous post crime victim narrative devoid of any facts, full of heinous untruths about me, blasted on social media with the sole intent to reputation savage me, she further intimidates me – the victim in this case - and causes me and my family even more stress and anxiety.

At Ms. Chandler's November 2023 criminal arraignment Judge Revoir specifically ordered her not to post anything about me on social media. Ms. Chandler has violated this Order hundreds of times, posting videos, photographs, emails, court papers, personal attacks, threats, and even filed lawsuits against people with whom I have no association.

**JONATHAN REES**

Confidential Address

**October 8ᵗʰ, 2024**

Michael D. Ferrarese, Esq.
Chenango County District Attorney
26 Conkey Avenue, Norwich, NY, 13815

Re: **September 24th, 2024 Violations of Orders of Protection**

**Dear Mr. Ferrarese:**

I am compelled to write to you again regarding a matter of grave personal safety and legal concern involving the ongoing case against April Chandler, who has been indicted on three counts of first-degree felonies. Despite the severity of these charges following a Grand Jury indictment over a year ago, I, along with other victims, continue to endure relentless stalking and intimidation at the hands of the accused.

On September 24th, 2024, flagrantly defying the OOP's in place against her, Ms. Chandler, texted my fiancé a rambling, incoherent text message full of falsehoods in yet another brazen attempt to harass and intimidate. (I have included the contents of that message at the end of this letter).

The persistence of these criminal acts post-indictment not only undermines the sanctity of the judicial process but also poses a continuous, tangible threat to our lives. We find ourselves in an untenable position where, despite legal measures supposedly in place, our daily existence is shadowed by fear and the expectation of further harassment.

This letter serves as an urgent plea for your office to take immediate and decisive action. The following points outline the urgency of this matter:

• Continued Violations: Since the indictment, Ms. Chandler has not ceased in her efforts to stalk and intimidate, blatantly disregarding the court's authority and the protective measures intended for our security.
• Impact on Victims: The ongoing nature of this behavior has forced us into a life of constant vigilance, severely impacting our mental health, physical well-being, and our right to live free from fear.
• Legal Integrity: The lack of enforcement action against these continuous violations questions the effectiveness and responsiveness of our legal system, potentially emboldening the accused to further transgressions.

I am asking for your direct intervention to:

1. Set a Trial Date: To bring this ordeal to a legal conclusion at the earliest opportunity, providing us, the victims, with the hope of resolution and justice.
2. Enforce Current Orders: To ensure that any existing orders of protection are enforced rigorously, providing immediate relief from the accused's actions.
3. Communicate Action Plan: To inform us about the steps your office will take to address this situation, offering some reassurance that our plight is being taken seriously.

It is with a sense of urgency and a plea for justice that I reach out. The law's promise of protection and retribution for such egregious acts must not remain theoretical but be palpable in its enforcement. The silence and inaction following our previous communications have only amplified our distress. It is now over a year since Ms. Chandler was indicted and victims and families have no idea what is going on with the judicial process.

I trust in your commitment to uphold justice and look forward to your prompt response, detailing the actions your office intends to enact to curb this ongoing threat and to expedite the legal proceedings against Ms. Chandler

Sincerely,

**Jonathan Rees**

**Text message from April Chandler received by my Fiancé on September 24ᵗʰ, 2024**

*"Hi Laura, a mutual friend of ours who lives close to Voldemort's place gave me your number. They are concerned for you given what they have witnessed between him and your son, which you should be worried about given how he hit his youngest son on his first unsupervised visit filmed by his eldest son, along with years of abuse, all submitted to LA Court showing that he's a predator, not suffering with parental alienation like he regurgitates. It's on you what you believe - if you are happy, good for you, but 100% have an exit plan because he is likely already secretly recording you after he gaslights you in the event you try to leave when he'll need "evidence" against you. He will go to prison for his crimes, which from my perspective can't come soon enough. His complaint against me was all lies as per his typical pattern of abuse towards women because I know too much about the real him, the money he stole from investors, charity money, no wonder violence towards women, gun crimes…. A predator like him isn't capable of love, it's all about how to get what he wants by telling you what you want to hear.*

*After he was with you for months he sent me voicemail after voicemail begging for me to not quit on "us" and that he loved me. When I ignored him, he claimed he was suicidal, which did get my attention to come back and help him in February and March 2023, but once I realized it was all manipulation, and I didn't want anything more to do with him, he has done everything he can to destroy me with ridiculous websites with falsehoods, which is what he threatened to do against his ex-girlfriend too. Even going after my 3 minor children directly too - he's sick.*

*Are you losing friends? Jenica is a sweetheart known in my circles for years. Did you ever wonder why he wanted her gone as quickly as he did? She's been friends with Tricia O'Kelley for 20 years who dated Voldemort and had to call the police on him too after a serious domestic violence incident, plus he continued to threaten her and her*

2

*two young daughters creating fear so she would keep her mouth shut about what he did. Are you being isolated? He'll only want to be friends with your rich friends and those who can serve him and fund his projects that will never happen. I imagine he got you to come off social media "his life is on the line" he does this to control you. Don't get me started on breaking the "Golden Rules". Did he give you the talk about being in the Foxhole and not to speak about the relationship with friends, family? The 3 hour long berating sessions are fun, right?*

*You can tell him about my text, I really don't care, I'm no longer scared of that piece of shit - he's no man and definitely has zero integrity and lies constantly even though he hates being called a liar, when he is a liar and won't stop. I'm sure he'll call Chenango Sheriffs again and try and get me arrested or Batavia when he doesn't live in their jurisdiction. Listen to the voicemails first, then look at the website he set up about me - he's unstable and is not normal behavior. Don't think he won't do the same to you, he will, he threatened to do it to his ex-girlfriend, but her DVRO stopped him, and why it's important he goes to prison for his crimes, protecting me, his ex-girlfriend's, ex-wife, and you and your children.*

*I'm here for you, or tell him about my text, whatever you think is best. Regardless, when the shit hits the fan and it will, I'm here for you to support you in anyway I can - he's perfecting his methods and got close to getting me put in jail, like he did his ex-girlfriend, but believe with you, he's got the system nailed down building his evidence against you for that rainy day."*

**3**

69

**JONATHAN REES**

Confidential Address

**October 8ᵗʰ, 2024**

Michael D. Ferrarese, Esq.
Chenango County District Attorney
26 Conkey Avenue, Norwich, NY, 13815

Re: **September 26th, 2024 Violations of Orders of Protection**
Subject: **Urgent Request for Action in the Case Against April Chandler**

**Dear Mr. Ferrarese:**

I am necessitated to communicate with heightened urgency concerning the legal proceedings involving Ms. April Chandler, currently indicted on three counts of felonious acts of the first degree. Despite the lapse of more than twelve months since her formal indictment by a Grand Jury, the victims, myself included, continue to endure ceaseless stalking, harassment and intimidation at her hands.

On September 26th, 2024, Ms. April Chandler, in a deliberate act of harassment and intimidation, and in stark contravention of the extant Orders of Protection, dispatched a text message to a business colleague of close association with me who also happens to be my fiancé's best friend wherein Chandler stated that she would be posting public videos about me to "expose" me. The message was replete with incoherent assertions and served as a manifest attempt to defame and further harass not only myself but also my family, friends, and professional contacts. (Enclosed herein for your examination is the transcript of said communication at the end of this missive).

Ms. Chandler, in a chilling fulfillment of her earlier threat, proceeded to disseminate a prolonged video across social media platforms, wherein she levied a series of nefarious and baseless allegations against myself, my close companions, relatives, and professional colleagues. **Alarmingly, she did not spare even the most vulnerable among us, fabricating abhorrent and fictitious tales involving my underage children.**

The persistent contemptuous criminal conduct subsequent to the indictment of Ms. April Chandler presents the following grave implications:

• **Subversion of Judicial Authority:** Her actions represent a contemptuous dismissal of judicial directives, thereby assailing the foundational integrity of our legal framework.
• **Jeopardy to Victim Welfare:** The relentless campaign of intimidation instills an enduring atmosphere of terror, severely impairing the psychological and corporeal well-being of the victims, thus infringing upon their fundamental right to safety.

70

- **Erosion of Legal Deterrence:** The perceived absence of repercussion for Ms. Chandler's actions calls into question the efficacy of our legal system's capacity to enforce its mandates, potentially fostering an environment conducive to further criminality.

In light of these critical concerns, I hereby petition your office to:

1. **Accelerate Judicial Process:** To prosecute this case with expedited urgency, thereby providing the afflicted with the prospect of resolution and legal redress.
2. **Bolster Protective Injunctions:** To effectuate with rigorous intensity the existing Orders of Protection, thereby safeguarding the victims against any continuation of the aforesaid offenses.
3. **Articulate Enforcement Plan:** To delineate a comprehensive strategy for addressing these infractions, with the intent to reinstill the victims' trust in the protective capabilities of our judicial system.

The severity of the current predicament demands immediate and unequivocal action. The ongoing silence and perceived inertia by the Chenango County DA's office only serves to exacerbate the victims' sense of vulnerability and disillusionment with the judicial process.

It is imperative that your office does not only represent legal recourse but also stands as a bastion of active and vigilant justice. I implore you to accord this matter the grave attention it necessitates, taking swift measures to uphold the law and secure our well-being.

I anticipate with urgency your detailed response, outlining the initiatives your office will undertake to ameliorate this distressing scenario.

Sincerely,


**Jonathan Rees**

**Text message from April Chandler received by my business associate on September 26th, 2024**


*Hi [name redacted], I'm giving you the heads up so you can let your kids and family know that you and your husband are just about to be known as the investor/producer of an abuser as I'm going public with everything about Laura's boyfriend/husband on Friday - he's going to be exposed big time. If you read any of the court documents you'll know he's sexually abused and groomed underage girls, including my minor daughter. He fled California in an attempt to avoid being arrested for abusing two other young girls, not forgetting domestic violence towards many women, fraud, theft…. Did you not wonder why he didn't want to go to LA when you were filming Unsupervised? There's no hiding from who he is and what he's done to countless girls and women. Not forgetting what he's done in New York!! He's a sicko. His time is up. I hope you don't go down with a sinking ship. All of you helping him, especially towards Jenica removing her from the project because she's been friends with [name redacted] who called the police on him after an extremely scary domestic violence situation with him when they were dating, resulting in him being 5150 in a mental institution yet again. The money he has conned out of you has been used to abuse me and others. I hope you come out of all of this unscathed. I'm not going to let him get away with anymore abuse towards me, my children or anyone else.*

*Stop protecting a mentally ill serial predator who will never stop.*


**2**

71

**JONATHAN REES**

Confidential Address

**October 13th, 2024**

Michael D. Ferrarese, Esq.
Chenango County District Attorney
26 Conkey Avenue, Norwich, NY, 13815

Re: 2nd **October 12th, 2024 Violation of Orders of Protection**

Subject: **Exigent Demand for Immediate Intervention in the Matter of April Chandler**

**Dear Mr. Ferrarese:**

I am compelled to write regarding yet another repeated violation of judicial orders by April Chandler, who, despite being under indictment for 1st-degree felonies, has once again flagrantly violated the active Orders of Protection.

On October 12th, she egregiously violated these orders yet again by posting (the 2nd time that day) about myself and the Chenango Sherriff's, maliciously tagging her post with **#ellisgreg** and **#ChenangoSherrifs**, and labeling me as a 'predator'. Further, she insinuated deceit by the Chenango Sheriffs in the procurement of her criminal indictment, threateningly stating that both myself and the Sheriff's office would "get bitten in the ass" as "evidence is faked".

This incident is not an isolated occurrence but rather part of a disturbing now daily pattern of violations since her initial violent offenses, which have been ongoing since August 9th, 2023, over a year ago. The recurring nature of these breaches not only flaunts the authority of the court but also exacerbates the distress and danger faced by the victims.

The implications of these persistent violations are proudly disturbing and undermine the very efficacy of judicial protections. The lack of swift and decisive action in response to these violations poses a significant risk not only to the victims but to the community at large.