KENNETH CARUSO LAW LLC
15 West 72nd Street | New York, NY 10022
E:  ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

February 28, 2025

<u>Via ECF</u>

Hon. Miroslav Lovric
United States Magistrate Judge
United States Courthouse
15 Henry Street
Binghamton NY 13901

   Re:  *Doe v. Rees*; Case 3:23-cv-01352-TJM-ML

Dear Judge Lovric:

  I represent Plaintiff, Jane Doe, in **this action, 3:23-cv-01352**.  I am writing to correct the record in connection with a recent order issued by Your Honor in a separate action, which appears to involve a misunderstanding regarding the identity of various parties.

  On February 27, 2025, Your Honor issued an order to show cause in **a different action**—the case of *Jane Doe and John Doe, II, v. Jonathan Rees*, Case No. **24-cv-00274**-MAD-ML (ECF No. 53 at 7), requiring the plaintiff in that action to demonstrate why that action should not be dismissed pursuant to the prior pending action doctrine.

  **I wish to clarify that the plaintiff in that action is not the same individual as my client in this action.  The two actions are entirely separate and distinct.**  The confusion appears to stem from a coincidental similarity in allegations, and from the fact that Jonathan Rees is the defendant in both actions.  I bring this to the Court's attention in order to enable the accurate adjudication of this action, and for that matter, both actions.

Respectfully submitted,

 /s/ Kenneth A. Caruso
Kenneth A. Caruso

cc:  Defendant, Jonathan Rees (via ECF)