UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>        v.<br><br>JONATHAN REES, a/k/a GREG ELLIS,<br>a/k/a JONNY REES,<br><br>        Defendant. | Case No.: 3:23-CV-1352 (TJM/ML)<br><br>**DECLARATION OF SERVICE** |

DAVID LABKOWSKI hereby declares, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the Bar of this Court and the sole shareholder of Labkowski Law, P.A.  I am co-counsel for Plaintiff, Jane Doe ("Plaintiff"), in this action.

2.      Today, on February 28, 2025, Plaintiff filed a letter with the Court.  *See* ECF 97 (the "Letter").

3.      Today, on February 28, 2025, I served a copy of the Letter on Defendant via email, to his last known email addresses: entertwine@proton.me, reesjonny@icloud.com and confidentialjohndoe1@proton.me.  *See* ECF 89-1 ¶¶ 4-10 (Defendant recently changed his emails several times).

4.      Today, I also mailed a copy of the Opposition Letter to Rees via United States Postal Service-Priority Mail, bearing the tracking number 9405530109355108795690, to the following address, as listed on PACER:

Jonathan Rees
522 N. Central Ave, #831
SMB# 77452
Phoenix, AZ 85004

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on February 28, 2025

LABKOWSKI LAW, P.A.

By:     /s/ David Labkowski
        David Labkowski
        347 Fifth Avenue, Suite 1402
        New York, NY 10016
        (786) 461-1340
        david@labkowskilaw.com

        *Attorneys for Plaintiff,*
        *Jane Doe*