KENNETH CARUSO LAW LLC
15 West 72nd Street | New York, NY 10022
E: ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

February 28, 2025

*Via ECF*

Hon. Miroslav Lovric
United States Magistrate Judge
United States Courthouse
15 Henry Street
Binghamton NY 13901

     Re:    *Doe v. Rees*; Case 3:23-cv-01352-TJM-ML

Dear Judge Lovric:

    I respectfully direct the Court's attention to ECF 97, a letter that I filed earlier this afternoon. I write to clarify and correct the following: The order to show cause mentioned in ECF 97 was entered by Judge D'Agostino, not Your Honor. I apologize for my error.

                      Respectfully submitted,

                      /s/ Kenneth A. Caruso
                      Kenneth A. Caruso

cc:    Defendant, Jonathan Rees (via ECF)