## List of Attorneys Talked with who Declined to Take Case

**Effie Blassberger**
Clayman Rosenberg Kirshner & Linder, LLP

**Kenneth J. Bobrycki, Esq.**
Member of the Firm Melvin & Melvin

**Stewart L. Weisman**
Centolella Law, P.C.

**Sally Blinken**
Kostyn Blinken

**Melissa Yang**
Melissa Yang PPLC

**Marc J. Gurell**
Seyfarth Shaw LLP

**Robert S. Scalione, Esq.**
Member of the Firm Melvin & Melvin

**Seth Farber**
Winston & Strawn

**Jerrold L. Steigman**
Krantz Berman

**Elana Fast**
Fast Law PC

**Michael J. Firestone**
Fire Green Law

**Julie Rendelman**

**Mark Horwitch**
Tabet DiVito & Rothstein

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Sep 10 - 2025
John M. Domurad, Clerk