Docusign Envelope ID: EF43F5C6-37BD-4EED-A956-945D1FC52B58

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>- against -<br><br>JONATHAN REES, a/k/a GREG ELLIS, a/k/a JONNY REES<br><br>                    Defendants. | Case No. 3:23-CV-1352(TJM/ML)<br><br>**ANSWER TO AMENDED COMPLAINT** |

Defendant JONATHAN REES a/k/a GREG ELLIS a/k/a JONNY REES (hereinafter, "Defendant"), hereby answers the correspondingly numbered paragraphs of the Amended Complaint filed by Plaintiff Jane Doe ("Plaintiff") and asserts affirmative defenses as follows:

**PRELIMINARY STATEMENT**

1. Defendant admits the allegations contained in Paragraph 1 of the Amended Complaint.

2. Defendant denies the allegations contained in Paragraph 2 of the Amended Complaint.

3. Defendant denies the allegations contained in Paragraph 3 of the Amended Complaint.

4. Defendant denies the allegations contained in Paragraph 4 of the Amended Complaint.

5. Defendant denies the allegations contained in Paragraph 5 of the Amended Complaint.

6. Defendant denies the allegations contained in Paragraph 6 of the Amended Complaint.

7. Defendant denies the allegations contained in Paragraph 7 of the Amended Complaint.

8. Defendant denies the allegations contained in Paragraph 8 of the Amended Complaint.

9. Defendant admits the allegations contained in Paragraph 9 of the Amended Complaint.

10. Defendant admits the allegations contained in Paragraph 10 of the Amended Complaint.

11. Defendant denies the allegations contained in Paragraph 11 of the Amended Complaint.

12. Defendant denies the allegations contained in Paragraph 12 of the Amended Complaint.

13. Paragraph 13 of the Amended Complaint states a legal conclusion to which no response is required and Defendant otherwise denies the allegations contained therein.

## PARTIES

14. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Amended Complaint.

15. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Amended Complaint.

16. Defendant denies the allegations contained in Paragraph 16 of the Amended Complaint.

17. Defendant denies the allegations contained in Paragraph 17 of the Amended Complaint

18. Defendant denies the allegations contained in Paragraph 18 of the Amended Complaint.

## JURISDICTION AND VENUE

19. Paragraph 19 of the Amended Complaint states a legal conclusion to which no response is required.

20. Paragraph 20 of the Amended Complaint states a legal conclusion to which no response is required.

21. Paragraph 21 of the Amended Complaint states a legal conclusion to which no response is required.

22. Paragraph 22 of the Amended Complaint states a legal conclusion to which no response is required.

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

23. Defendant denies the allegations contained in Paragraph 23 of the Amended Complaint.

24. Defendant denies the allegations contained in Paragraph 24 of the Amended Complaint.

25. Defendant denies the allegations contained in Paragraph 25 of the Amended Complaint.

26. Defendant denies the allegations contained in Paragraph 26 of the Amended Complaint.

27. Defendant denies the allegations contained in Paragraph 27 of the Amended Complaint.

28. Defendant denies the allegations contained in Paragraph 28 of the Amended Complaint.

29. Defendant denies the allegations contained in Paragraph 29 of the Amended Complaint.

30. Defendant denies the allegations contained in Paragraph 30 of the Amended Complaint.

31. Defendant denies the allegations contained in Paragraph 31 of the Amended Complaint.

32. Defendant denies the allegations contained in Paragraph 32 of the Amended Complaint.

33. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Amended Complaint.

34. Defendant denies the allegations contained in Paragraph 34 of the Amended Complaint.

35. Defendant denies the allegations contained in Paragraph 35 of the Amended Complaint.

36. Defendant denies the allegations contained in Paragraph 36 of the Amended Complaint.

37. Defendant denies the allegations contained in Paragraph 37 of the Amended Complaint.

38. Defendant denies the allegations contained in Paragraph 38 of the Amended Complaint.

39. Defendant denies the allegations contained in Paragraph 39 of the Amended Complaint.

40. Defendant denies the allegations contained in Paragraph 40 of the Amended Complaint.

41. Defendant admits the allegations contained in Paragraph 41 of the Amended Complaint.

42. Defendant denies the allegations contained in Paragraph 42 of the Amended Complaint.

43. Defendant denies the allegations contained in Paragraph 43 of the Amended Complaint.

44. Defendant denies the allegations contained in Paragraph 44 of the Amended Complaint.

45. Defendant denies the allegations contained in Paragraph 45 of the Amended Complaint.

46. Defendant denies the allegations contained in Paragraph 46 of the Amended Complaint.

47. Defendant admits the allegations contained in Paragraph 47 of the Amended Complaint.

48. Defendant denies the allegations contained in Paragraph 48 of the Amended Complaint.

49. Defendant denies the allegations contained in Paragraph 49 of the Amended Complaint.

50. Defendant denies the allegations contained in Paragraph 50 of the Amended Complaint.

51. Defendant denies the allegations contained in Paragraph 51 of the Amended Complaint.

52. Defendant denies the allegations contained in Paragraph 52 of the Amended Complaint.

53. With respect to Paragraph 53 of the Amended Complaint, Defendant admits that on November 14, 2022, both Plaintiff and Defendant testified at the Superior Court of the State of California, County of Los Angeles, for the trial on Plaintiff's petition for a domestic violence restraining order, and denies the remaining allegations in Paragraph 53.

54. With respect to Paragraph 54 of the Amended Complaint, Defendant admits that the Superior Court of the State of California issued a three-year domestic violence restraining order that expires on November 14, 2025, and denies the remaining allegations in Paragraph 54.

55. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of the Amended Complaint.

56. Defendant denies the allegations contained in Paragraph 56 of the Amended Complaint.

57. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of the Amended Complaint.

58. Defendant denies the allegations contained in Paragraph 58 of the Amended Complaint.

59. Defendant denies the allegations contained in Paragraph 59 of the Amended Complaint.

## FIRST CAUSE OF ACTION

(15 U.S.C. § 6851)

60. Defendant repeats and adopts each and every response to the allegations in the preceding paragraphs as if fully set forth herein.

61. Defendant denies the allegations contained in Paragraph 61 of the Amended Complaint.

62. Defendant denies the allegations contained in Paragraph 62 of the Amended Complaint.

63. Defendant denies the allegations contained in Paragraph 63 of the Amended Complaint.

64. Defendant denies the allegations contained in Paragraph 64 of the Amended Complaint.

65. Defendant denies the allegations contained in Paragraph 65 of the Amended Complaint.

66. Defendant denies the allegations contained in Paragraph 66 of the Amended Complaint.

## SECOND CAUSE OF ACTION

(N.Y. Civil Rights Law § 52-b(1)- Dissemination and/or Publication of Image)

67. Defendant repeats and adopts each and every response to the allegations in the preceding paragraphs as if fully set forth herein.

68. Defendant denies the allegations contained in Paragraph 68 of the Amended Complaint.

69. Defendant denies the allegations contained in Paragraph 69 of the Amended Complaint.

70. Defendant denies the allegations contained in Paragraph 70 of the Amended Complaint.

71. Defendant denies the allegations contained in Paragraph 71 of the Amended Complaint.

72. Defendant denies the allegations contained in Paragraph 72 of the Amended Complaint.

73. Defendant denies the allegations contained in Paragraph 73 of the Amended Complaint.

74. Defendant denies the allegations contained in Paragraph 74 of the Amended Complaint.

### THIRD CAUSE OF ACTION

(N.Y. Civil Rights Law § 52-b- Threatened Dissemination and/or Publication of Image)

75. Defendant repeats and adopts each and every response to the allegations in the preceding paragraphs as if fully set forth herein.

76. Defendant denies the allegations contained in Paragraph 76 of the Amended Complaint.

77. Defendant denies the allegations contained in Paragraph 77 of the Amended Complaint.

78. Defendant denies the allegations contained in Paragraph 78 of the Amended Complaint.

79. Defendant denies the allegations contained in Paragraph 79 of the Amended Complaint.

80. Defendant denies the allegations contained in Paragraph 80 of the Amended Complaint.

81. Defendant denies the allegations contained in Paragraph 81 of the Amended Complaint.

82. Defendant denies the allegations contained in Paragraph 82 of the Amended Complaint.

83. Defendant denies the allegations contained in Paragraph 83 of the Amended Complaint.

## **FOURTH CAUSE OF ACTION**

(Intentional Infliction of Emotional Distress)

84. Defendant repeats and adopts each and every response to the allegations in the preceding paragraphs as if fully set forth herein.

85. Defendant denies the allegations contained in Paragraph 85 of the Amended Complaint.

86. Defendant denies the allegations contained in Paragraph 86 of the Amended Complaint.

87. Defendant denies the allegations contained in Paragraph 87 of the Amended Complaint.

88. Defendant denies the allegations contained in Paragraph 88 of the Amended Complaint.

## FIFTH CAUSE OF ACTION

(Defamation-November 4, 2022, Email)

89. Defendant repeats and adopts each and every response to the allegations in the preceding paragraphs as if fully set forth herein.

90. Defendant denies the allegations contained in Paragraph 90 of the Amended Complaint.

91. Defendant denies the allegations contained in Paragraph 91 of the Amended Complaint.

92. Defendant denies the allegations contained in Paragraph 92 of the Amended Complaint.

93. Defendant denies the allegations contained in Paragraph 93 of the Amended Complaint.

94. Defendant denies the allegations contained in Paragraph 94 of the Amended Complaint.

95. Defendant denies the allegations contained in Paragraph 95 of the Amended Complaint.

96. Defendant denies the allegations contained in Paragraph 96 of the Amended Complaint.

97. Defendant denies the allegations contained in Paragraph 97 of the Amended Complaint.

98. Defendant denies the allegations contained in Paragraph 98 of the Amended Complaint.

## SIXTH CAUSE OF ACTION

(Defamation-Press Release)

99. Defendant repeats and adopts each and every response to the allegations in the preceding paragraphs as if fully set forth herein.

100. Defendant denies the allegations contained in Paragraph 100 of the Amended Complaint.

101. Defendant denies the allegations contained in Paragraph 101 of the Amended Complaint.

102. Defendant denies the allegations contained in Paragraph 102 of the Amended Complaint.

103. Defendant denies the allegations contained in Paragraph 103 of the Amended Complaint.

104. Defendant denies the allegations contained in Paragraph 104 of the Amended Complaint.

105. Defendant denies the allegations contained in Paragraph 105 of the Amended Complaint.

106. Defendant denies the allegations contained in Paragraph 106 of the Amended Complaint.

107. Defendant denies the allegations contained in Paragraph 107 of the Amended Complaint.

108. Defendant denies the allegations contained in Paragraph 108 of the Amended Complaint.

109. Defendant denies the allegations contained in Paragraph 109 of the Amended Complaint.

110. Defendant denies the allegations contained in Paragraph 110 of the Amended Complaint.

111. Defendant denies the allegations contained in Paragraph 111 of the Amended Complaint.

112. Defendant denies the allegations contained in Paragraph 112 of the Amended Complaint.

## SEVENTH CAUSE OF ACTION

(Malicious Prosecution)

113. Defendant repeats and adopts each and every response to the allegations in the preceding paragraphs as if fully set forth herein.

114. Defendant denies the allegations contained in Paragraph 114 of the Amended Complaint.

115. Defendant denies the allegations contained in Paragraph 115 of the Amended Complaint.

116. Defendant denies the allegations contained in Paragraph 116 of the Amended Complaint.

117. Defendant denies the allegations contained in Paragraph 117 of the Amended Complaint.

118. Defendant denies the allegations contained in Paragraph 118 of the Amended Complaint.

119. Defendant denies the allegations contained in Paragraph 119 of the Amended Complaint.

## EIGHTH CAUSE OF ACTION

(Fraudulent Transfers, Debtors and Creditor Law §§ 273, 276, 277)

120. Defendant repeats and adopts each and every response to the allegations in the preceding paragraphs as if fully set forth herein.

121. Defendant denies allegations contained in Paragraph 121 of the Amended Complaint.

122. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 of the Amended Complaint.

123. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 of the Amended Complaint.

124. Defendant denies the allegations contained in Paragraph 124 of the Amended Complaint.

125. Defendant denies the allegations contained in Paragraph 125 of the Amended Complaint.

126. Defendant denies the allegations contained in Paragraph 126 of the Amended Complaint.

127. Defendant denies the allegations contained in Paragraph 127 of the Amended Complaint.

128. Defendant denies the allegations contained in Paragraph 128 of the Amended Complaint.

## AFFIRMATIVE DEFENSES

Defendant alleges the following as separate affirmative defenses, without assuming the burden of proof where such burden is otherwise on the Plaintiff under applicable law. Defendant reserves the right to amend or supplement these defenses as discovery continues or the facts warrant:

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff fails to state any cause of action upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred because of Plaintiff's willful destruction and spoliation of evidence and other failures to preserve evidence relating to her claims in this case.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by Plaintiff's bad faith, misrepresentations, frivolous and unlawful conduct, and/or unclean hands.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the applicable statutes of limitations.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches and estoppel.

**SIXTH AFFIRMATIVE DEFENSE**

The Court lacks jurisdiction over Plaintiff's claims.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff did not suffer any damages attributable to any actions by the Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

The allegations set forth in Plaintiff's Amended Complaint are fabricated and barred by fraud.

## NINTH AFFIRMATIVE DEFENSE

Without conceding that Plaintiff has suffered any damages as a result of any alleged wrongdoing by Defendant, Plaintiff has failed to mitigate or minimize her alleged damages.

## TENTH AFFIRMATIVE DEFENSE

Defendant asserts that he was under duress.

## ELEVENTH AFFIRMATIVE DEFENSE

One or more of the claims asserted in the Amended Complaint is barred by the doctrine of waiver.

**WHEREFORE**, Defendant respectfully requests that the Court:

(a) Dismiss the Amended Complaint in its entirety with prejudice;

(b) award Defendant the costs of defending against the suit, including reasonable attorneys' fees and expenses; and

(c) grant Defendant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: New York, New York
October 3, 2025

By: *Jonny Rees*
    —DocuSigned by: 5305DBBA48DD40B...
    Jonathan Rees