UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JANE DOE,

      Plaintiff,

- against -

JONATHAN REES, a/k/a GREG ELLIS, a/k/a JONNY REES

      Defendants.

Case No. 3:23-CV-1352(TJM/ML)

**AFFIDAVIT OF SERVICE**

Isabel Randall, affirms and swears:

1. I am over 18 years of age, and I am not a party to this case.

2. My business address is in the County of New York, State of New York.

3. On October 3, 2025, I served the foregoing Answer to the Amended Complaint upon counsel to the Plaintiff in the above-captioned matter, by causing a true and correct copy thereof to be sent, via first-class mail to:

    Kenneth A. Caruso
    Kenneth Caruso Law
    15 W 72nd Street
    New York, NY 10023
    646-599-4970

    David Labkowski
    Labkowski Law, P.A.
    347 Fifth Avenue, Suite 1402
    New York, NY 10016
    786-461-1340

    *Attorneys for Plaintiff*
    *Jane Doe*

4. I affirm this 3rd day of October, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

              _____
              Isabel Randall