UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JANE DOE,

        Plaintiff,

    v.

JONATHAN REES, a/k/a GREG ELLIS,
a/k/a JONNY REES,

        Defendant.

Case No.: 3:23-CV-1352 (TJM/ML)

**STIPULATION AND
[PROPOSED] ORDER**

WHEREAS, on November 6, 2025, the Court entered a Uniform Pretrial Scheduling Order, ECF 126 (the "Order"), providing a schedule for this action, which included, among other things, deadlines as to the disclosure of expert witnesses;

WHEREAS, pursuant to that Order, the Court set the following expert-related deadlines: (1) January 6, 2026: Plaintiff's expert disclosures; (2) February 20, 2026: Defendant's expert disclosures; and (3) March 9, 2026: Rebuttal expert disclosures by all parties [ECF 126 at 2-3];

WHEREAS, due to the intervening holiday period and the New Year, Plaintiff's counsel has experienced difficulty in completing the expert-related work that has a January 6, 2026, deadline;

WHEREAS, counsel for the parties have met and conferred in good faith regarding a short modification of the expert disclosure schedule to account for these circumstances, without impacting the discovery cutoff or any other deadlines set by the Court;

WHEREAS, the parties agree that good cause exists for short extensions of the expert disclosure deadlines and that the requested modification will not prejudice any party or delay the progress of this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that the expert disclosure deadlines shall be modified as follows:

1.     Plaintiff's deadline to disclose expert witnesses and serve expert reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be extended from January 6, 2026, to January 23, 2026;

2.     Defendant's deadline to disclose expert witnesses and serve expert reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be extended from February 20, 2026, to March 9, 2026;

3.     The deadline for rebuttal expert disclosures by all parties shall be extended from March 9, 2026, to March 26, 2026; and

4.     All other deadlines and provisions set forth in the Court's Uniform Pretrial Scheduling Order, ECF 126, shall remain in full force and effect.

Dated: January 5, 2026
New York, New York

KENNETII CARUSO LAW LLC

By:  _/s/ Kenenth A. Caruso_____
Kenneth A. Caruso
15 W 72nd Street
New York, NY 10023
(646) 599-4970
ken.caruso@kennethcarusolaw.com

*Attorneys for Plaintiff,*
*Jane Doe*

CLAYMAN ROSENBERG
KIRSIINER & LINDER LLP

By:  _/s/ Efrat Blassberger_____
Efrat Blassberger
305 Madison Ave – Ste 650
New York, NY 19165
(212) 922-1080
blassberger@clayro.com

*Attorneys for Defendant,*
*Jonathan Rees, a/k/a Greg Ellis,*
*a/k/a Jonny Rees*

**SO ORDERED**

_Miroslav Lovric_

Hon. Miroslav Lovric
United States Magistrate Judge

_____January 6, 2026_____
Dated