

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Paul S. Hugel
Partner
hugel@clayro.com

February 9, 2026

<u>VIA CM/ECF</u>
Hon. Miroslav Lovriv
United States Magistrate Judge
United States District Court for the
Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re:   Doe v. Rees, 3:23-CV-1352 (ECC/ML)

Dear Judge Lovric:

    We represent the Defendant in the above-referenced matter. I write pursuant to N.D.N.Y. Local Rules 7.1(a)(2) to request permission for Defendant to file a reply brief in connection with his motion to Require Plaintiff to Comply With FRCP 10(a). [Dkt, No. 132]. Plaintiff's opposition papers were filed on February 5, 2026 [Dkt. No 13]. Oral argument on the motion is scheduled for February 19, 2026.

    Defendant makes this request so that he may respond to legal arguments and factual assertions raised in Plaintiff's opposition, which include matters not raised in Defendant's moving papers. We submit that a reply by Defendant would streamline the upcoming oral argument and assist the Court in deciding the motion.

Very truly yours,

Paul S. Hugel

cc: All counsel (via CM/ECF)

IT IS SO ORDERED:

_Miroslav Lovric_
Miroslav Lovric
U.S. Magistrate Judge

Dated: __February 9, 2026__
           Binghamton, NY