KENNETH CARUSO LAW LLC
15 West 72nd Street | New York, NY 10023
E: ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

February 24, 2026

<u>Via ECF</u>

Hon. Elizabeth C. Coombe
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255

  Re: *Doe v. Rees*; Case 3:23-cv-01352-ECC-ML

Dear Judge Coombe:

  We represent Plaintiff, Jane Doe ("Plaintiff"), in this action.

  As reflected in the attached Stipulation of Dismissal, Plaintiff withdraws her Second and Third Claims for Relief (under N.Y. Civil Rights Law § 52-b(1)), her Fourth Claim for Relief (Intentional Infliction of Emotional Distress), and her Fifth and Sixth Claims for Relief (Defamation).  As previously advised in Plaintiff's January 23, 2026, Status Report to Judge Lovric, ECF No. 136 at 2-3, this decision was made to narrow the issues for adjudication, promote efficiency, streamline the litigation, and avoid unnecessary discovery, motion practice, and trial proceedings.

  We have conferred with counsel for Defendant, Jonathan Rees, and the parties are in agreement as to the attached stipulation.  Accordingly, we respectfully request that the Court so-order the Stipulation of Dismissal.

Respectfully submitted,

<u>/s/ Kenneth A. Caruso</u>
Kenneth A. Caruso

cc: Hon. Miroslav Lovric
   United States Magistrate Judge

   Counsel of Record (via ECF)