UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>v.<br><br>JONATHAN REES, a/k/a GREG ELLIS,<br>a/k/a JONNY REES,<br><br>      Defendant. | Case No.: 3:23-CV-1352 (ECC/ML)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii), F. R. CIV. P.** |

      **WHEREAS**, Plaintiff filed her Amended and Supplemental Complaint asserting eight claims for relief, ECF No. 64; and

      **WHEREAS**, in her Status Report dated January 23, 2026, ECF No. 136, Plaintiff advised the Court and Defendant that, in order to narrow the issues, in the interest of efficiency, to streamline the litigation, and to avoid litigation that would or may involve unnecessary discovery, motions and trial proceedings, Plaintiff has elected not to pursue certain claims that would or may involve additional discovery, motion practice, and trial proceedings; and

      **WHEREAS**, specifically, Plaintiff has decided not to pursue her Second and Third Claims for Relief (under N.Y. Civil Rights Law § 52-b(1)), her Fourth Claim for Relief (Intentional Infliction of Emotional Distress), and her Fifth and Sixth Claims for Relief (Defamation); and

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel, pursuant to Rules 41(a)(1)(A)(ii) and 15(a)(1)(2) of the Federal Rules of Civil Procedure, that Plaintiff's Second, Third, Fourth, Fifth, and Sixth Claims for Relief, as set forth in the Amended and Supplemental Complaint, ECF No.

64, are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees with respect to the dismissed claims.

Dated: February 24, 2026
       New York, New York                                                  Respectfully submitted,

| KENNETH CARUSO LAW LLC | CLAYMAN ROSENBERG KIRSHNER & LINDER LLP |
|---|---|
| By: /s/ Kenenth A. Caruso<br>Kenneth A. Caruso<br>15 W 72nd Street<br>New York, NY 10023<br>(646) 599-4970<br>ken.caruso@kennethcarusolaw.com<br><br>*Attorneys for Plaintiff,*<br>*Jane Doe* | By: /s/ Paul Hugel<br>Paul Hugel<br>305 Madison Ave – Ste 650<br>New York, NY 19165<br>(212) 922-1080<br>hugel@clayro.com<br><br>*Attorneys for Defendant,*<br>*Jonathan Rees, a/k/a Greg Ellis,*<br>*a/k/a Jonny Rees* |

So Ordered:

_____
Elizabeth C. Coombe U.S.D.J.

2